# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# Clover

**Reg. No. 3,685,609**
Registered Sep. 22, 2009

**Int. Cl.: 42**

**SERVICE MARK**
**PRINCIPAL REGISTER**

CLOVER SITES, INC. (CALIFORNIA CORPORATION)
3713 ALAMO STREET # 101
SIMI VALLEY, CA 93063

FOR: DESIGN, CREATION AND HOSTING CUSTOMIZED WEBSITES FOR OTHERS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-15-2008; IN COMMERCE 5-15-2008.

THE MARK CONSISTS OF THE WORD "CLOVER" IN A CUSTOMIZED FONT.

SER. NO. 77-678,169, FILED 2-25-2009.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 2

# Clover®

Clover Coverage Clip Book
September 2010 – March 2011



Atomic Public Relations
1100 Glendon Ave, 17th Flor
Los Angeles, CA 90024
(310) 689-7580
www.atomicpr.com



Table of Contents

Coverage Overview and Analysis...................................................................................................................3

Coverage Index........................................................................................................................................4

Coverage Clips........................................................................................................................................8



**Clover Press Coverage Overview**

**Overview**

From February 2010 to March 2011, Clover received 39 total pieces of coverage including articles in top tier outlets such as Wall Street Journal, MarketWatch, Bloomberg BusinessWeek, InformationWeek, About.com, Forbes and BNET. Industry trade outlets Fundraising Success and Nonprofit Technology News covered Clover's donation to local Los Angeles organization Homegirl Café. Clover was also covered by local Ventura County newspapers, the Simi Valley Acorn and the Ventura County Star. Throughout the coverage timeframe, co-founders Jim Elliston and Ben Rugg were frequently quoted as experts in the web design industry.

**Press Releases**

Clover distributed two press releases during this time period:

- November 30, 2010 – Clover Adds New Features For Small Business Website Success
- February 1, 2011 – Clover Grants Homegirl Café A Donation and New Website



**Coverage Index**

| Outlet | Date | Journalist | Title |
|---|---|---|---|
| Web Design Jobs blog | 9/26/2010 | | Web Design Lead: Website for Small Business Retail |
| Aaron Savka's Digital Digressions | 9/28/2010 | Aaron Savka | Clover websites |
| Church Crunch | 9/29/2010 | John Saddington | Clover Releases Basic Analytics, Metrics |
| Graham Brenna Change Agent | 9/29/2010 | Graham Brenna | Clover: Basic Analytics |
| Tom's Guide | 10/12/2010 | Andy Patrizio | Web Site Redesign: Dos and Don'ts |
| Church Crunch | 10/14/2010 | John Saddington | The Battle of Flash-Based Church Websites: Bridge Element vs CloverSites |
| Josh Burns' Blog | 10/15/2010 | Josh Burns | Church Web Solutions Pt. 2: Clover Sites |
| Church Crunch | 10/16/2010 | John Saddington | CloverSites vs Bridge Element, Part 2 |
| Graham Brenna Change Agent | 10/29/2010 | Graham Brenna | Cloversites List Page |
| You Begin Here | 11/5/2010 | Paul Luna | Clover Sites, are they Good for Your Church? |
| Life with the Seefeldts | 11/5/2010 | Joshua Seafeldt | Need a new website? |
| Second Drafts | 11/13/2010 | Staff | Coming to St. Louis in 2011 |
| Moving Inside Out blog | 11/15/2010 | Cory Kent | Church Website- Victory Christian Center |
| Church Crunch | 11/17/2010 | Graham Brenna | The 'New' Church Web Guy – Are You It? |
| Church Crunch | 11/17/2010 | Graham Brenna | What's Your Church and Ministry's Ferrari? |
| BNET | 11/24/2010 | Donna Fenn | Create a Killer Website to Market Your Brick and Mortar Business |
| Simi Valley Acorn | 11/26/2010 | Staff | Website developer is moving |

AtomicPR

| Brand Maker News | 11/29/2010 | Tia Jackson | 15 Gifts Entrepreneurs Really Want |
| --- | --- | --- | --- |
| Graham Brenna Change Agent | 12/1/2010 | Graham Brenna | I Recommend Cloversites |
| TheStreet.com | 12/6/2010 | Jonathan Blum | Pick This Clover for Nice But Simple Site |
| Fidelity.com | 12/6/2010 | Jonathan Blum | Pick This Clover for Nice But Simple Site |
| Tony Morgan Live | 12/6/2010 | Tony Morgan | Check Out These Ministry Resources |
| NuWire Investor | 12/7/2010 | Jonathan Blum | Pick This Clover for Nice But Simple Site |
| SmallBusinessComputing.com | 12/8/2010 | Jamie Bsales | 10 Best Tools to Make Your Small Business Look Big |
| Startup Weekend | 12/8/2010 | Staff | MIMIX wins Global Startup Battle: Face-Off! |
| InformationWeek | 12/10/2010 | Jake Widman | Marketing Website Builder Adds Analytics, Lists |
| Forbes.com | 12/15/2010 | David F. Carr | Best Website Management Tools For Small Business |
| Kim Komando email newsletter | 12/19/2010 | Kim Komando | Build Your Website' Grand Price Package |
| Website Magazine | Jan-11 | | Less flash-y designs |
| TonyMorganLive.com | 1/8/2011 | Tony Morgan | Check Out These Ministry Resources |
| Bloomberg BusinessWeek | 1/14/2011 | Jim Elliston (contributed article) | Drive Web and Foot Traffic |
| Demopit | 1/17/2011 | | Clover helps make beautiful websites in seconds |
| About.com Entrepreneurs | 1/19/2011 | Mitchell York | Key to Success for Entrepreneurs is a Mix of Good Hiring, Marketing, Risk-Taking |
| Imagine the Word | 2/1/2011 | Hunter Barnes | I just launched a new website for Imaginetheword.com! |
| Fundraising Success | 2/2/2011 | Press Release Reposting | Clover Grants Homegirl Café a Donation and New Website |



| Ventura County Star | 2/5/2011 | | Clover partners with Homegirl Café |
| Nonprofit Technology News | 2/11/2011 | Press Release Reposting | Clover Grants Homegirl Cafe a Donation and Website |
| Wall Street Journal | 3/1/2011 | Sarah E. Needleman | Small Tech Gets Religion |
| MarketWatch | 3/1/2011 | Sarah E. Needleman | Small Tech Gets Religion |

6



























7

Nonprofit Technology News
www.NPTechNews.com





Web Design Jobs (UMV: N/A)
"Web Design Lead: Website for Small Business Retail"
By Staff
9/26/2010

## Web Design Jobs

### ▶ Web Design Lead: Website for Small Business Retail

**Web Design Lead For Website for Small Business Retail**
Posted: 09/26/2010

**Web Design Project Description:** I prefer to work with designers:
Worldwide Number of pages (approx):2 main pages 15 non main My
Goals for this project are: I have the layout design- I want cool trendy
graphics. My Industry: Retail Similar to utahkidsclub.com,
aroundtownkidsfrisco.com

**Web Design Details:** My Budget is Flexible: No Other sites or graphics
that I like: www.amdesign.com www.cloversites.com...

**Project Pays:** $501 - $1000
Requests 8 Web Design Quotes By: 09-30-2010 Bid on This Web
Design Project
Hiring: Designers anywhere in the world.

Project Starts: 2010-09-30
**Project Deadline:** 11-06-2010

8





Aaron Savka's Digital Digressions (UMV: 10,070)
"Clover Websites"
By Aaron Savka
9/28/2010

## Clover Websites

Posted on September 28, 2010 by aaronsavka



Anyone looking for a reasonably priced, full-featured website solution owes it to themselves to check out cloversites.com.

Their websites are slick and relevant. Their backend is simple. The finished result shows polish and professionalism.

I have been researching sites for my business. I have tried to do it myself with plain jane html, joomla and expression engine. I am tired of trying to reinvent the wheel and learn a new platform each time. I'm not a web professional, and have no desire to be, but I am too tight to open my wallet and let all of my cash fly out.

In my stubbornness to do it myself, I've gone without a workable business site for over a year. See for yourself.

Check it out soon though as I will be firing up a clover powered site very soon.

9





Church Crunch (UMV: 21,553)
"Clover Releases Basic Analytics, Metrics"
By John Saddington
9/29/2010



Cloversites, which provides websites for churches, has announced the release of a basic analytics and metrics application that runs through their system.

This is a nice addition considering that there wasn't much reporting previously. You will now be able to view your websites traffic for the past 3 months (and variations) as well as media player usage within the site.

Check out their announce video after the jump:



For those that are already signed up you'll see this addition immediately.

Thoughts?

10





Graham Brenna Change Agent (UMV: N/A)
"Clover: Basic Analytics"
By Graham Brenna
9/29/2010



Cloversites released **Basic Analytics** today and I gotta say I'm impressed! If you've been following the blog for awhile, or are a member of Our Saviour's, you'll know that we have been using Cloversites since the spring. The analytics that Clover shows us are very in depth and will even tell us which sermon was played and how many times it was played. We will be able to keep track of site traffic trends which will hopefully help us learn what people like and don't like as we continue developing our web strategy.

Below is a screen shot of Our Saviour's analytics from earlier today.





Check out their announcement video after the jump







Tom's Guide (UMV: 334,504)
"Web Site Redesign: Dos and Don'ts"
By Andy Patrizio
10/12/2010

2. Case Study: Digg

Redesigning a Web site is an enormous risk. Companies spend time and money, only to watch users revolt, as Digg found out the hard way. Why do some designs fail and some work?

The poster child for failed redesigns has got to be Digg, the news aggregator that is in a race to the bottom with MySpace for how many members it can lose. In the case of Digg, the problem began before the redesign. According to Website Magazine, it became clear that the site was essentially in the hands of a small, active clique who controlled what appeared on the front page and what didn't.

The new design was intended to stem some of the abuses noted in the Website Magazine article. Instead, they made it worse. SearchEngineLand detailed the long list of changes for the bad, which all boiled down to one thing: users lost power.

"Digg was created as a power-to-the-people type of thing. When you strip away the power, of course there will be a backlash," said **Jim Elliston, president and co-founder of Clover**, which offers professional site development for businesses and individuals.



Zoom

13



The other mistake they made was just dropping the redesign on people. One day people went to the Digg they thought they knew and this new one was staring them in the face. This was the mistake of several other recent redesigns as well.

"Whether a site was fantastic or very utilitarian design, everyone got used to the design. Then they went and changed it and they made harsh changes. They didn't bring audiences in through beta releases. The perception they gave off was we don't care about our users, we have to make money," said Giovanni Calabro, vice president of user experience for Siteworx, a [site design](#) company.

14





Church Crunch (UMV: 21,553)
"The Battle of Flash-Based Church Websites: Bridge Element vs CloverSites"
By John Saddington
10/14/2010



Looks like another flash-based web content management system for churches is here: Bridge Element.

Obviously this competes directly with Clover Sites and their CMS system.

Biggest difference? Price.

$500 for Bridge Element as compared to $1,000 for CloverSites.

Let the battle begin!

CloverSites Price:



Bridge Element Price:







JoshBurns.net (UMV: N/A)
"Church Web Solutions Pt. 2: Clover Sites"
By Josh Burns
10/15/2010



This post is part of series that I started a couple months ago in order to give churches some viable web solutions. You can read the first part of this series here. In that first post I talk about using a Facebook page as a substitute for a website, and I prove how it can be done.

Today I would like to talk about another web solution that has become quite popular among churches. This solution is Clover Sites.

*Disclaimer: Let me just say at the outset that I am in the Clover Sites' affiliate program, but I am not being paid to write this post.* 😀

I want to talk about Clover today because the whole purpose of this series is to offer a variety of web solutions for churches that may not know about all of the options available to them. Clover is just one of those solutions that may be a good fit for your church. But I'll let you read this post and then make that call.

**Price**

At first glance though a small church may think that $1000 for a website is alot of money. Let me just say that $1000 is small apples compared to some other companies that offer web solutions. And for everything that is included with the price of a Clover site, you might find that it is well worth it.

**Design**



The first thing that usually catches people's attention about Clover is the design of the sites. They are very clean and straightforward. All of them allow you to upload your logo, and you can customize the colors of the site to integrate well with your church's

16



brand. Also, these sites make very good use of pictures.

Many times it is easy for a church's site to become cluttered and busy, but with Clover it is almost impossible for your site to become cluttered. Some might view this as restricting, but I like to view it as a constraint that causes you to be even more creative with the space you have.

**CMS (Content Management System)**

For those of you who don't know what a Content Management System is, basically it is just that. A system that is in place that allows you to edit the content of your site without having to swim through mountains of code. Some CMS's are easier than others, and some allow you to do more than others. Some allow you to edit some of the design and layout of the site, while others take a more closed approach if you just want to be able to edit content and text on your site.

This is one of the things that sets Clover apart from other web solutions is that their CMS is easier than pie. Literally, I could probably use their CMS in my sleep, that is how easy it is.

Still confused? Ok, well my 87 year old grandma could use it and she has never owned a computer.

Still confused? Watch this video.

Basically, Clover has one of the simplest and most beautiful CMS's I have ever seen. They call their CMS "Greenhouse" and not only does it allow you to edit content and text, but it also allows you to move around text boxes, and layouts in real time. You can literally go into Greenhouse and drag a box around a picture in order to crop it.



I could write ten blog posts about how easy-to-use the Greenhouse is, but to save you some time, just go here and check it out.

**Mobile**



Another amazing feature that is included with every Clover site is the fact that they will create a mobile version of your site that is compatible with every mobile device (iPhone, iPad, Blackberry, Droid, etc.). This is almost worth the price alone.

I cannot express to you how crucial it is that your church has a mobile site. Or at least a site that is compatible with mobile devices. All the Clover sites are all built on Flash, but when you access them from your mobile device you will

17



automatically be redirected to a mobile version of the site which is beautiful and easy to navigate on your mobile phone.

**Pros & Cons**

Ok, well now that I have absolutely sung the praises of Clover Sites, I am now going to give some very practical pros and cons to using Clover over other web solutions.

**Pros**

- Simple site creation – Basically choose from one of their many templates, choose a color scheme, and you're off to the races.
- Simple CMS – As I stated above, Greenhouse is one of the easiest CMS tools I think I have seen. Gives you enough control of your site to move things around, and put pictures and video in where you desire.
- Mobile version – Clover does create mobile version of your site, which is included with the whole site package.
- Media Player – Each site allows you to upload media, both audio and video to your site for others to access.
- SEO – Even though the whole site is built on Flash, it is still optimized for search engines.
- Price – For a measly $1,000 you get all of this. A great looking site. A simple CMS. A mobile version of your site.
- Easy – You don't need to know CSS or HTML, you just have to be human.

**Cons**

- Templates – There are a limited number of templates. While the limited number may be 26, you are still limited to those templates. If you don't like any of them, well, tough.
- Navigation Links – The navigation links only let you drill down so far. I can't remember how many pages exactly it lets you drill down, but if your church has multiple ministries under different pages then you might have a problem. This is easily remedied, but I have talked to churches that this has been a problem for.
- After you choose a theme you are locked into that theme for a certain period of time. I can't remember exactly how long it is, but if you want to change the theme within that period of time there is an extra cost of at least a couple hundred dollars.

So as you can see the pros might outweigh the cons, depending who you are. Obviously Clover is not for everyone, and they know that. If you are looking for a more robust site with more customization then this might not be the route for you. But for the price, and the features this is a pretty good option for many churches.

If you want to buy your own Clover Site just click here and take a tour, you might be surprised at how great these sites look.

If you want to see some organizations that are using Clover very well, check out the-prop.org, & soulcitychurch.com ***Does you use Clover for your church's site? What has been your experience with it?***

18





Church Crunch (UMV: 21,553)
"CloverSites vs Bridge Element, Part 2
By John Saddington
10/16/2010

My post about how a little friendly competition within the Church website space as it relates to Flash-based sites was a healthy and good one I believe and my hope is that it'll spur both businesses toward innovation!

Bridge Element landed us a comment about 12 key differentiators that you might not know about or that is not explicit in their copy. I'd thought I'd post them here for your benefit:

1. We only partner with gospel centered churches and ministries.
2. Unlimited Hosting – Yes that's right, unlimited media storage and bandwidth.
3. Customizations -Maybe you want a custom page layout to better fit your content or a completely unique background image to better match your branding, we can do just about anything.
4. Email accounts – We will host and setup all your email accounts.
5. Graphic and Logo Design – Not only do we provide awesome ministry websites but we also offer custom graphic design.
6. Printing – Recently we have launched a sister company that offers full commercial printing with free shipping. All websites clients get exclusive discounts and offers for promotions.
7. Photo Gallery – We have an amazing photo gallery with the ability to have unlimited sub galleries and unlimited photo storage.
8. Additional Page Layouts – We are constantly adding more page layouts for you to choose from. So in 6 months you might have 3 or 4 more page layouts to use with your site in addition to the 10+ that come with each site.
9. Staff Page Layout – Our staff pages are very unique, each team member has their own contact form, photo and bio section.
10. Contact Form – We also have a page layout dedicated to your "Contact Us" page with its own form so that visitors can message you directly from the site.
11. Non-flash Version – Any device that is not flash enabled would see a version of your site. Its not a generic version it actually matches the look and feel of your site. It also has a contact form.
12. Robust Text Editor – We have several fonts for you to choose from as well as the ability to change the size and color of your text.

Thanks Bridge Element for jumping into the conversation!





Graham Brenna Change Agent (UMV: N/A)
"Cloversites List Page"
By Graham Brenna
10/29/2010

Cloversites (affiliate link) released their **List Page** today in Greenhouse 2.0! I have been waiting for this feature for a very long time and I am grateful to the wonderful team at Clover for taking the time to really perfect this feature before releasing it. When I re-vamped Our Saviour's website back in December 2009 the communications team and I decided to go with a Cloversite. I have been very happy with how much Clover has expanded since then. They have started reaching out to other small businesses, outside of churches, and a friend of mine recently purchased a Cloversite for his small business! I'll promo it on this blog once it launches.

The list page was originally designed to be a staff page, which is what I will be using it for on Our Saviour's website, but here is a list of all the things it could be used for:

1. Make Staff Pages.
2. Make a Product Page.
3. Have your portfolio online.
4. Have your menu online.
5. Create your discography.
6. Have real estate listings online.
7. Make a list of your services.
8. List your video projects with descriptions.
9. List documents in an orderly fashion.
10. Create an awesome Top 10 list.

Check out the walkthrough video below

AtomicPR







You Begin Here (UMV: 2,526)
"Clover Sites, are they Good for Your Church?"
By Paul Luna
11/5/2010



**What is a Clover Site?**
Clover Sites provide flash based templates for churches and ministries and is entirely managed through flash and lets users create and use many of their features, such as online calendar, sermon module, the ability to create Up to 8 Main Pages and sub pages under these.  The question then is, is a Clover site right for you and your church?

**What can Clover Sites do?**
In order to get a good feel for Clover Sites I looked up several sites created by Clover Sites by going to Google and typing "link:www.cloversites.com."  The list was long and I had plenty of options to choose from, so I picked several sites and began exploring what Clover Sites could do and not do.

Right off the bat I want you to know that Clover Sites Content Management Systems (CMS) is easy to use and their support people are great.  The sites are clean, simple and easy to navigate.  However, I was not overly impressed with how few templates I had to choose from or the limits I had as a programmer.

**How do Clover Sites rank on Google?**
I then checked out to see if the sites were Search Engine Friendly (SEO) with Google, Yahoo and Bing.  By typing "site:www.NameOfChurchHere.com" I could see that Google indeed does index the pages, but that does not necessarily mean the sites are optimized for search engines.  For starters you can't optimized the headers or photos for better search engine results.  I then did a search on several different random church websites built with Clover Sites by going to Google and typing,  "Churches in (city where the church is at)."  Here are the results:

- I found the www.Rockchurchqc.com on page eight of Google
- After looking at 15 pages I never found www.soulcitychurch.com on Google, even if the search was focused on the sub city, the Clover site could not be located.
- After looking at 15 pages I never found www.fueleveryday.com on Google.  Interestingly enough Fuel is part of a larger church called Eastview Christian Church and the Eastview website came up on page 1 of Google, because it was built in PHP (same as joomla and wordpress).
- I did some research on seven additional Clover Sites and came back with similar results.

22



**What's the Verdict?**

The results are that Clover Sites are just not as SEO friendly as I had hoped.  Even if churches added in keywords throughout the site, churches would still need to hire out an SEO company to improve their rankings.

What does this mean for your church?  The CMS for Clover Sites is easy to use and at least gives you some web presence.  If you are a small church that is just looking to get something on the web or if your church has a youth group that wants its own page, Clover Sites may be an option.  However, if you are a church that would like to make an impact using the internet I would recommend investing in a solid PHP website with a CMS like WordPress.  WordPress is very Google, Yahoo and Bing friendly and the content management system is easy to use.  I often compare it to working with Microsoft Office.

If you have any questions about your church or ministry website, please <u>contact me</u> and I would be glad to help you.

23



# Life with the Seefeldts

Life with the Seefeldts (UMV: N/A)
"Need a new website?"
By Joshua Seafeldt
11/5/2010



Hey, this is Josh.

I love my wife. She does a great job at keeping the blog updated. It used to be 'our' blog, but due to my lack of contribution, it has really become her blog. She is such a great writer and has great insight and wisdom. So I kinna hate that my rare post isn't really an update at all. But here it is.

I've spent a good amount of time at work getting our new website set up. You can check it out here. We used a website template from Clover Sites, and from the last few months of working with them I have really grown to appreciate their company, and their product. They started off making websites for ministries and churches, but have recently expanded to also do any type of business. Compared to other website options, their price is great, their templates are beautiful, and their web based editor is so simple and easy to use.

So if you or someone you know needs a website for your ministry or business, I really recommend Clover. Go to their website for tons more helpful information.

24





Second Drafts (UMV: N/A)
"Coming to St. Louis in 2011"
By Staff
11/13/2010



In case you missed it, the website I've been working on for musician/author Michael Card's Biblical Imagination Series just went live this weekend. I used Clover Sites to create it and am impressed (still) with how easy and well-thought-out their content management system is (I've worked with plenty of lousy ones in the past and this was a dream).

For those in St. Louis, we're bringing the conference to Chesterfield Presbyterian Church all day on Saturday, January 15th, with Mike doing a concert on Sunday the 16th. The cost is only $58 for the conference AND concert ($78 if you want Mike's new book and album coming out next year as well - see site for details), and I can personally vouch for the quality of the experience (though the emcee/education guy's a little suspect). Whether you've read the Bible for years or are just starting out in the Scriptures, this one-day conference would be well worth your investment in cultivating greater biblical literacy and love for God and His Word. Hope to see you there (and please help spread the word about the new Biblical Imagination website and Facebook community - thanks).

25





Moving Inside Out blog (UMV: N/A)
"Church Website- Victory Christian Center"
By Cory Kent
11/15/2010

I haven't covered too many topics about MEDIA, so I'd like to take a quick minute to feature the website I service for my church, Victory Christian Center .

Last spring we made the switch from a custom site to a template based solution that would, in particular, make uploading audio (and eventually video) simple.

The solution? Clover Sites



We LOVE working with Clover. They have delivered everything they promised and more. We have a clean and simple flash-based website that is insanely simple to maintain.

Clover initially focused solely on creating websites for ministries. Their mission "Websites made for people, not programmers" is realized throughout the experience of domain purchase, template purchase, user training, and Google Apps Gmail setup (free!). Check out all their features HERE. Recently they began offering templates customized for business "for profit" use.

Bottom line: 1 time $1000 purchase and $20/mo for hosting. MORE INFO HERE
Notable Benefits: Besides all the great features (link to features) there are NO UPDATES to install, NO BACKUPS to remember and NO SOFTWARE to purchase.You can work on your beautiful site anywhere you have an internet connection, whether MAC or PC. Their "Greenhouse" admin panel is intuitive and simple to use. Your friends will be jealous.

26



<u>OVER-THE-TOP CHARACTER REFERENCE:</u> Recently, I referred an old college friend to Clover. In commenting on the quality of his conversation with a sales rep, he says, "He was so friendly and honest, I'd feel comfortable leaving my kids with him." Yeah, that's a little over the top, but you get the point. Get to know the Clover staff through their blog.

*[<u>SHAMELESS REQUEST:</u> If you decide to use Clover for your business, not-for-profit or ministry, would you do my church a favor and "mention <u>Victory Christian Center</u>, Lafayette Indiana" when you purchase? Clover is very generous to kick back web hosting credit for referrals (and my church would rather help people in need with our $$$, rather than pay for hosting!)]*

Check out www.victorylafayette.org for <u>Victory Christian Center</u>'s use of the Clover template "Epaga" <u>HERE</u>

27





Church Crunch (UMV: 21,553)
"What's Your Church and Ministry's Ferrari?"
By Graham Brenna
11/16/2010

You stand up and take notice when a Ferrari drives down the street. You do a double take, and sometimes it starts to look like a triple take.

You start to think, even if just for a moment, how much better your life would be if you were driving that Ferrari?

Ferrari set themselves apart from the rest. They just keep making sexy sports cars and the elite keep buying them. So logic tells us that it would only make sense for every organization to have one thing that sets them apart from the competition.

I love this quote from Jim Elliston, founder of Clover Sites:

*We're convinced that the world needs us to be good at a lot of things. But the truth is, the world really needs us to be great at one thing.*

So think about it. What *thing* sets your church apart from all the rest?

What is your church's Ferrari?

28





Church Crunch (UMV: 21,553)
"The 'New' Church Web Guy – Are You It?"
By Graham Brenna
11/17/2010

The old school web guy started out like you and I: He found something that he loved, learned how to do it really well, he then realized he was the only person in his general area that knew anything about it.

Once his secret got around he was doomed to a life of creating websites for others. At first it was fun. He could charge 1 arm and 1.5 legs per hour because he could measure his worth in ping-backs and he knew he was hot stuff.

Soon, however, the work started piling up and it wasn't so fun anymore. He realized that more and more people were jumping on the interweb bandwagon and they wanted a cool/hip site to pimp their products. Being the only guy around that knew how to create cool/hip sites to pimp products, he became overworked and started falling asleep at 4am grumbling to himself: *"Why can't they just be smart enough to create their own websites?!"*

It reminded me of this quote from Jim Elliston, founder of [Clover Sites](#):

*Why is it that in website [design](#), the professionals are the only ones that can edit and maintain the website. Like why is that?!*

I came to the website game right as Geocities' popularity was fading. I took some time off of website creation in college and now I'm back at it, but in a totally different way.

I'm the *New* [Church](#) Web Guy.





I've built quite a fun little position for myself at my church by finding great platforms that others have created such as *wordpress*, *standard theme*, *cloversites*, *facebook*, *twitter* etc… and have started using them to grow my church's web presence.

None of those things require me to have a deep knowledge of PHP, CSS or even HTML. It's like Ben Rugg, of Clover Sites has said:

The world doesn't need more programmers, but the world does need programmers who understand real people and who are capable of making products that fill real needs.

I submit that the *New* Church Web Guy isn't a programmer who understands real people. In my mind, the *New* Church Web Guy is the guy on staff at your local church who loves staying on top of all these new platforms created by programmers like Ben Rugg.



The *New* Church Web Guy works closely with the rest of the communications team as well as the production team to make sure the content that is promoted online reflects the church as you walk in the doors of the physical building.

I also think the *New* Church Web Guy is the point person for the church's social media accounts. As members of humanity in this year of 2010, we realize the promotional value social media sites can bring to our businesses.

Any church communication's guy will tell you that content creation and promotion is a full-time gig. I suppose what I'm trying to say is that the *New* Church Web Guy is a church communications person who is willing to dive head-first into the latest web trends and leverage them for the growth of their church. Minimal HTML, CSS, PHP knowledge required.

No longer is it about building great platforms, but customizing the already great platforms for your specific ministry.

Thoughts?

30





BNET (UMV: 2,025,686)
"Create a Killer Website to Market Your Brick and Mortar Business"
By Donna Fenn
11/24/2010

 Whether or not your stock in trade is in the e-commerce realm, the first impression your company makes on customers is typically online. Brick and mortar businesses ignore their web presence at their own peril, since customers often shop for products or services online using Google, and then hop in the car based on what they see online.  So how do you make sure that you're leveraging your website to its full marketing potential?  Jim Elliston, the co-founder of Clover, a web design platform that enables small businesses to create and manage their own websites, recently shared five tips for increasing web traffic and converting viewers into foot traffic.

- **Create a clean website**. "People make the mistake of trying to say ten things on their home page when you really only need to say one," says Elliston.  "If you're a retailer, you want traffic at your store, and if you're a contractor, you want to get a bid." So identify your particular need and eliminate content that doesn't revolve around it, Elliston suggests.  Everything else is a distraction.

- **Optimize your website**. Of course, your site should be chock full of key words and phrases. But you should also be clever about driving traffic to your website from other sites by linking. Clover, says Elliston, has a blog called Speaking of Clover that drives traffic to the company's website not only through content about the company's offerings, but by serving as a source of general industry information. Recently, for instance, the blog ran a detailed article on understanding Google analytics. "The blog becomes a place where people come to learn," says Elliston.  "And it help creates a true web for the company."

- **Offer coupons on your site**.  "If your website can't post PDF files or documents, then you should get a new website," says Elliston. "It costs you next to nothing, but it will drive traffic to your site and then to your physical location." You don't need to offer big discounts or pricey incentives. All you need is a printable coupon with a special code that offers a little something extra - a small gift with purchase, for instance, or a free estimate for the service you provide.

- **Create events**. "People want to be a part of something," says Elliston. "A true, face-to-face community can't be achieved in cyberspace. Use your website as a springboard into these

31



events."  Consider events with local artists, djs, authors, etc. "You're creating another reason for people to be there other than your product, but then you end up selling them your product," says Elliston. "And you're creating relationships."

- **Use the entire web**.  "Although your website may be your primary marketing vehicle, make sure you use the entire web to drive traffic to your shop using sites such as Facebook and Twitter," says Elliston. He suggests putting links to your company's Facebook and Twitter accounts on your web page to show customers that you're "socially connected."  But you should also use social networking sites as marketing vehicles by posting special offers for your Facebook fans and your Twitter followers. Clover, for instance, has entered re-tweeters into a special drawing to win an iPad. You might also consider adding a philanthropic element to your social media presence over the holidays, offering, for example, to donate $1 to a specific not-for-profit for every re-tweet.

What's the most effective way you've discovered to get your website visitors into your physical location? Tell us!





Simi Valley Acorn (UMV: 7,795)
"Website developer is moving"
By Staff
11/26/2010

**Cloversites**, a Web page creation company, is moving its headquarters from Simi Valley to Newbury Park.

The company specializes in providing fully functioning, Flash-based websites with easy to use content management systems for individuals and businesses. For more information, visit **www.cloversites.com** or call (805) 527-8900.

33





Brandmaker News (UMV: 7,348)
"15 Gifts Entrepreneurs Really Want"
By Tia Jackson
11/29/2010



With the holiday shopping season officially here, BrandMakerNews presents its 2010 Gift Guide for Entrepreneurs. When we asked business owners what holiday gifts they really wanted from their family and friends, they were more than happy to name all the goodies on their wish lists.

If you're trying to come up with the perfect gift for the business owner in your life, check out the gift requests below. Before you resort to the obvious gift (book, tie, bottle of wine, etc…), see what's on these entrepreneurs' wish list, and choose a gift that your favorite business owner can truly appreciate.

Here are 15 gifts entrepreneurs really want for the holidays:

1. Gift card for office supplies. "I would love to get a gift card to Office Depot, or Office Max, or any office supply store. I find I'm constantly going there for little things and printed materials." -Cheryl Foster, Spairz

2. Travel…a chance to unplug. My wish list this year includes travel, someplace international where it will be harder for me to get Internet and be reached by phone. -Brandon Scivolette, Elite Moving Labor

3. Comfortable chair. "Starting a business means hours and hours of sitting at a desk working. A great chair is a must yet a lot of entrepreneurs cut corners on this expense by not getting a decent piece of this furniture. This could be great, thoughtful, comfortable, useful, and long lasting gift!" -Devesh Dwivedi, Entrepreneur In Making

4. Money. "My business is just starting to break even and any extra money I can get would help me cover my expenses. There are situations where cash may be inappropriate, in that case an American Express gift card would be nice." -Lilya Sorkin, Soelle Beauty

5. Maid service – "Who has time to clean with all the networking an entrepreneur will be doing?" - Sabrina Hartel, Hartel Comm

6. iPad- "I am lusting after the iPad. I could see how it could make my life a lot easier, AND a lot more fun." -Ramona Russell, Uptown Liz

7. A memorable experience. "Give them something that takes them away from work for a while and lets them do something fun or relaxing. Make sure it's something with an expiration date, but something

34



they can be a little bit flexible in scheduling." -Jeff Greenhouse (To explore a wide range of "memorable experiences" from spa treatments to food tours, check out Cloud 9 Living.)

8. Brain puzzles and exercises. Help entrepreneurs keep their minds sharp with fun puzzles and exercises. "Marbles specializes in products that strengthen and entertain the brain. These also make great host/hostess gifts for office parties and executive gifts." -Lindsay Gaskins, Marbles: The Brain Store

9. The ultimate notetaker. "Nothing works as well as pen and paper for getting ideas out of my head. The problem is, I then want them searchable and backed-up so I don't have to worry about losing them. The Livescribe Echo Smartpen lets me get my notes into the computer easily, plus I can record voice notes into it on the fly." -Jacob Reiff, Wantlist

10. A cell phone leash: Ask for a Zomm, a wireless leash for your mobile phone. "Busy entrepreneurs would tell you that their cell phone is their communications hub for not just phone calls, but email, video chat and a news source. Losing a phone can be as costly as it is inconvenient, and ZOMM is designed to ensure you never leave your phone behind at the office, home or a restaurant." -Lindsey Groepper, Zomm

11. A new website. There are many major upfront costs associated with starting a business, including the expense of creating a website. "An affordable website is the perfect gift this holiday season for every entrepreneur. Services like Clover enable small business owners and entrepreneurs to create professional websites without having to go through the trouble of hiring a web designer or programmer." -Jim Elliston, Clover

12. Sports ticket packages. "We often have entrepreneurs hosting clients or prospects at our Chicago Cubs games, but of course any major sport ticket package would be relevant. I'm biased for baseball of course, as the games make for a great atmosphere to both catch a game and talk shop. Cubs Holiday Gift Pack are on sale now." -Kevin Saghy, Chicago Cubs

13. A good sound system. "We love our Harman Sound Sticks. We stream Pandora all day long and it helps create an upbeat, fun, workplace. The minimalist design goes well with our modern decor which hints at our fresh take on the traditional ski shop." -Amy Dannwolf, Powder 7

14. Gym membership. "Once you're in business and the employer health benefits are gone, maintaining a healthy lifestyle becomes very important and this gift will be a thoughtful help as well as a reminder that they shouldn't have any excuse left to not hit the gym regularly." -Devesh Dwivedi Entrepreneur In Making

15. A gift certificate for personal concierge services. "The entrepreneur can delegate their to-do list or project wish list to our team and we can oversee that the "to-do" becomes "done." We work with clients to manage their busy lives. The requests are always varied: travel coordination, personal assistance, errand running, event planning, etc. A gift certificate for personal concierge services is giving the entrepreneur the gift of time."  -Nicole R. Matthews, The Henley Company

Though we hope this gift guide helps you find a great gift for the entrepreneur in your life, the absolute best gift you could give is your support and encouragement. So, this holiday season, don't forget to tell



your favorite entrepreneurs how proud of them you are. Your motivating words, may be the gift a business owner really needs the most.

Cheers to the start of a wonderful holiday season for you and yours. Be great!





Graham Brenna Change Agent (UMV: N/A)
"I Recommend Cloversites"
By Graham Brenna
12/1/2010



I've been getting more and more people contacting me, asking if I recommend Cloversites. As a matter of fact I do! If you don't know, in the spring of 2010, I transitioned my church, also my place of employment, to a Cloversite. Read through the following blog posts. They may give you some insight into why we chose to go with a Cloversite as well as some other useful tips.

- **The First Date**
- **Banana Church**
- **Review: Cloversites Greenhouse 2.0**
- **OurSaviours.com Inside Information**
- **Cloversites List Page**
- **Clover: Basic Analytics**

If I was in any way helpful to you in your decision to purchase a Cloversite please purchase your site after clicking the link below. It is an affiliate link and I will receive a referral fee from clover.

## PURCHASE A CLOVERSITE TODAY!



Clover Walkthrough Video from Clover on Vimeo.



# The Street

The Street (UMV: 3,003,489)
"Pick This Clover for Nice But Simple Site"
By Jonathan Blum
12/6/2010



There's a fascinating new combatant in the business website wars: tiny Simi Valley, Calif.-based **Clover Sites**.

**Google**(GOOG_), **Microsoft**(MSFT_), **Intuit**(INTU_) and many others offer relatively simple, DIY websites for small businesses. But 14-person Web development firm Clover Sites has a new idea: a super-simple, design-oriented, site-creation engine aimed at technophobe small-business users with some money to spend on a quality Web service.

Company founders Ben Rugg and Jim Elliston got started in Web design by developing church websites for the Cornerstone Community Church in Simi Valley. There the two learned there is a market for better websites that cost a bit to create but don't require pricey developers to maintain.

"Our target is people who struggle to program their VCRs but need a top-flight site," Rugg says. "We offer a high-quality Web development tool that just about anybody can build themselves."

I have been giving Clover a test drive over the past month or so. Be warned that the service has a not-insignificant $1,000 set-up fee, plus $20 per month hosting charge. And although the tool is not quite the effortless Web experience Rugg and Elliston like to promote, it does offer small businesses seeking a high-quality website value for their money.

What you get

If there's an easier way to make your own slick, legitimately high-end website, I haven't seen it.

Clover has built its entire tool out of an advanced coding language called Flash. The result is a mostly powerful, easy-to-use interface that controls everything from hosting your Web content to laying out pages to adding multimedia and video.

For anybody who has struggled to make a website really work, as I have, Clover is a seriously innovative idea.

What you don't get

38



Clover Sites are not truly first-rate designwise, nor are they completely idiot-proof -- and the price is way too high for some firms.

Yes, sites created with Clover look good, but they don't look that good. There is a homogeneity to its designs and Web experience that eats into the cachet of the content. For some businesses, that's fine. But be sure the Clover look works for you.

Also, while setup is fairly easy, you are still doing wonky Web things such as dealing with your Web hosts and entering content on one screen and seeing it displayed on another. It does take some level of Web savvy to use.

And then there is the cost: $1,000 to get started and what amounts to $240 a year certainly is a fraction of, say, the $5,000 it costs to create and run a truly well-done custom site. But it is still a *lot* of money for a Web presence when compared to Google Sites, which is free.

The company says Mac users should not be frightened of its all-**Adobe**(ADBE  ) Flash approach, which is often not supported by Apple technology. Apparently, Clover sites have been adapted to work on all browsers and platforms. Those hoping to work on their sites on their iPhones, though, will probably be disappointed.

Bottom line

For some businesses, Clover will be intriguing. It offers a fresh approach to dealing with customers on the Web.

By all means give the service a demo. Just don't expect the tool to make a truly ultimate, destination website. You still need to pay a real Web developer for that.





Fidelity.com (UMV: 341,576)
"Pick This Clover for Nice But Simple Site"
By Jonathan Blum
12/6/2010



There's a fascinating new combatant in the business website wars: tiny Simi Valley, Calif.-based **Clover Sites**.

**Google**(GOOG ), **Microsoft**(MSFT ), **Intuit**(INTU ) and many others offer relatively simple, DIY websites for small businesses. But 14-person Web development firm Clover Sites has a new idea: a super-simple, design-oriented, site-creation engine aimed at technophobe small-business users with some money to spend on a quality Web service.

Company founders Ben Rugg and Jim Elliston got started in Web design by developing church websites for the Cornerstone Community Church in Simi Valley. There the two learned there is a market for better websites that cost a bit to create but don't require pricey developers to maintain.

"Our target is people who struggle to program their VCRs but need a top-flight site," Rugg says. "We offer a high-quality Web development tool that just about anybody can build themselves."

I have been giving Clover a test drive over the past month or so. Be warned that the service has a not-insignificant $1,000 set-up fee, plus $20 per month hosting charge. And although the tool is not quite the effortless Web experience Rugg and Elliston like to promote, it does offer small businesses seeking a high-quality website value for their money.

What you get

If there's an easier way to make your own slick, legitimately high-end website, I haven't seen it.

Clover has built its entire tool out of an advanced coding language called Flash. The result is a mostly powerful, easy-to-use interface that controls everything from hosting your Web content to laying out pages to adding multimedia and video.

For anybody who has struggled to make a website really work, as I have, Clover is a seriously innovative idea.

What you don't get

40



Clover Sites are not truly first-rate designwise, nor are they completely idiot-proof -- and the price is way too high for some firms.

Yes, sites created with Clover look good, but they don't look that good. There is a homogeneity to its designs and Web experience that eats into the cachet of the content. For some businesses, that's fine. But be sure the Clover look works for you.

Also, while setup is fairly easy, you are still doing wonky Web things such as dealing with your Web hosts and entering content on one screen and seeing it displayed on another. It does take some level of Web savvy to use.

And then there is the cost: $1,000 to get started and what amounts to $240 a year certainly is a fraction of, say, the $5,000 it costs to create and run a truly well-done custom site. But it is still a *lot* of money for a Web presence when compared to Google Sites, which is free.

The company says Mac users should not be frightened of its all-**Adobe**(ADBE  ) Flash approach, which is often not supported by Apple technology. Apparently, Clover sites have been adapted to work on all browsers and platforms. Those hoping to work on their sites on their iPhones, though, will probably be disappointed.

Bottom line

For some businesses, Clover will be intriguing. It offers a fresh approach to dealing with customers on the Web.

By all means give the service a demo. Just don't expect the tool to make a truly ultimate, destination website. You still need to pay a real Web developer for that.





Tony Morgan Live (UMV: 12,411)
"Check Out These Ministry Resources"
By Tony Morgan
12/6/2010

If you're reading my content through an RSS feed and haven't been to the site recently, you may be interested in checking out some of the ministry resources that are available. Here are the folks that are making things happen at TonyMorganLive.com this month:

faithHighway – provides total marketing solutions to attract visitors to churches

Integrity Music – check out their new digital magazine that highlights worship albums available for Christmas gifts

dc – design and communication solutions that create raving fans, inspire people, and honor Christ

**Clover** – provides websites for growing churches and ministries

Orange – offering free curriculum that will revolutionize your children and student ministry

Outreach Events – specializes in dynamic, outreach-oriented events with people like Scott Rigsby that create opportunities for sharing faith

Shelby Systems – supplies the information technology tools needed to help ministries and organizations around the world thrive

StreamingChurch.tv – provides everything you need to broadcast your services live

Want to get the word out about your business or event? I only have a couple of advertising spots open. If you are interested, email me for more details. I'd love to have you join our team!

42





NuWire Investor (UMV: 71,916)
"Pick This Clover for Nice But Simple Site"
By Jonathan Blum
12/7/2010

*While Clover may not provide a high end custom design for your company's website, it offers small business owners a simple and effective solution for creating an easy to update professional and interactive website. While set up is fairly easy, the service does cost more than some alternatives, and some technical skill is required. See the following article from* [The Street](#) *for more on this.*



There's a fascinating new combatant in the business website wars: tiny Simi Valley, Calif.-based Clover Sites.

Google(GOOG_), Microsoft(MSFT_), Intuit(INTU_) and many others offer relatively simple, DIY websites for small businesses. But 14-person Web development firm Clover Sites has a new idea: a super-simple, design-oriented, site-creation engine aimed at technophobe small-business users with some money to spend on a quality Web service.

Company founders Ben Rugg and Jim Elliston got started in Web design by developing church websites for the Cornerstone Community Church in Simi Valley. There the two learned there is a market for better websites that cost a bit to create but don't require pricey developers to maintain.

"Our target is people who struggle to program their VCRs but need a top-flight site," Rugg says. "We offer a high-quality Web development tool that just about anybody can build themselves."

I have been giving Clover a test drive over the past month or so. Be warned that the service has a not-insignificant $1,000 set-up fee, plus $20 per month hosting charge. And although the tool is not quite the effortless Web experience Rugg and Elliston like to promote, it does offer small businesses seeking a high-quality website value for their money.

**What you get**

If there's an easier way to make your own slick, legitimately high-end website, I haven't seen it.

Clover has built its entire tool out of an advanced coding language called Flash. The result is a mostly powerful, easy-to-use interface that controls everything from hosting your Web content to laying out pages to adding multimedia and video.

43



And the benefits are clear: Once set up, Clover makes tinkering with your site, which is critical to business success, simple. Since you do not need to pay pricey coders, who run roughly $50 an hour, to make adjustments, you can change your Clover site as you realize what your customers want.

For anybody who has struggled to make a website really work, as I have, Clover is a seriously innovative idea.

What you don't get

Clover Sites are not truly first-rate designwise, nor are they completely idiot-proof -- and the price is way too high for some firms.

Yes, sites created with Clover look good, but they don't look that good. There is a homogeneity to its designs and Web experience that eats into the cachet of the content. For some businesses, that's fine. But be sure the Clover look works for you.

Also, while setup is fairly easy, you are still doing wonky Web things such as dealing with your Web hosts and entering content on one screen and seeing it displayed on another. It does take some level of Web savvy to use.

And then there is the cost: $1,000 to get started and what amounts to $240 a year certainly is a fraction of, say, the $5,000 it costs to create and run a truly well-done custom site. But it is still a lot of money for a Web presence when compared to Google Sites, which is free.

The company says Mac users should not be frightened of its all-Adobe(ADBE_) Flash approach, which is often not supported by Apple technology. Apparently, Clover sites have been adapted to work on all browsers and platforms. Those hoping to work on their sites on their iPhones, though, will probably be disappointed.

**Bottom line**

For some businesses, Clover will be intriguing. It offers a fresh approach to dealing with customers on the Web.

By all means give the service a demo. Just don't expect the tool to make a truly ultimate, destination website. You still need to pay a real Web developer for that.

*This article has been republished from The Street. You can also view this article at [The Street, a site covering financial news, commentary, analysis, ratings, and business and investment content](#).*

44





SmallBusinessComputing.com (UMV: 83,928)
"10 Best Tools to Make Your Small Business Look Big"
By Jamie Bsales
12/8/2010

There's no shortage of articles on ways to make your small business appear like a larger enterprise to potential clients and customers. From consistent branding to cohesive marketing, such advice is all valid -- but sometimes rather abstract. Harder to find is a list of actual products and services that can make it happen. So we put one together for you:

Top 10 Tools to Make Your Small Business Look Big

**Yahoo Small Business**

Whether you have an existing business or are just starting one, your Web presence is vital. Yahoo Small Business offers three essential services -- domain registration, business email and website hosting -- from one source. You can start by having Yahoo register your domain name for just $9.95.

While you're at it, let Yahoo be your business email provider, too. Yes, you get a professional-looking email address that echoes your business name or Web URL, not an "@yahoo.com" address that screams rinky-dink.

Yahoo Business Email's slick Web-based interface features tabs along the top and drag-and-drop actions for easy message organization, along with a handy preview pane just like in Microsoft Outlook (of course if you prefer, you can use your own copy of Outlook to poll your Yahoo Account and pull messages in).

A single email address will run you about $3 per month, or you can sign up for 10 addresses for you and your employees for $9.95 per month (plus a $25 setup fee). All plans include unlimited storage, spam protection and registration for one domain name.

But Yahoo Small Business doesn't stop there. The service also offers Web hosting starting at $9.95 per month, which includes one business email account, unlimited disk space for your site, plus unlimited data transfer (meaning an unlimited number of visitors can check out your site; beware of other low-cost plans that start charging you for data transfer after a certain threshold).

You also get professionally designed website templates that make creating and customizing your site a snap, complete with photo galleries, slideshows, video galleries and forms to capture potential customers' vital contact information. You can even add Web storefront features and PayPal support to turn your site into a revenue source.



**Affordable Web and Small Business Marketing Services**

If you worry that the website templates offered by your hosting provider will look like, well, a template offered by a hosting provider, there are a few design firms you may want to consider. These shops can deliver Web designs, online and print ads, and other services that look like they came from an expensive Madison Avenue design house that only a big company could afford.

For example, Inkzoo provides graphic design and marketing services to smaller company owners worldwide, all from your desktop. The company can handle just about anything, from business cards and flyers to a full-blown rich-media website, creatively and affordably.

Another option is Clover, which lets you create and manage a professional website with the latest features -- with no programming staff. An initial site design costs around $1,000 (compared to the $5,000 and up you would pay at a boutique shop), and the company's Greenhouse tool lets you edit your site, as opposed to having to pay your design firm to make changes.

**Automated Phone Attendants**

While the Web has taken over the world, don't overlook that quaint device that most customers and clients still use to contact you: the telephone. But you don't have to spend big money on a classic PBX plus hundreds per month in fees to the phone company to make it look like you have a switchboard's worth of phone lines. The coming of age of VoIP (Voice over IP) technology has given rise to a crop of service providers that let you set up an enterprise-class phone system for a fraction of the cost.

For example, My1voice from Protus IP Solutions delivers a virtual receptionist, smart call forwarding, enhanced voicemail and call screening in its VoIP solution, starting at $10 per month. The service lets you set up a professional greeting that directs callers to dial an extension or lets them select from the dial-by-name directory. You can also set up smart call forwarding to send office calls to any phone so that important calls don't go unanswered.

Another virtual voice service is eVoice, from j2 Global Communications. This hosted phone service lets you set up your own phone number -- either local or toll-free -- along with a virtual assistant to answer and professionally route calls. You can even personalize the greeting to offer callers ways to connect to multiple employees and choose which department they want to connect to -- even if all options lead to you. Additional features include call forwarding and voicemail transcription that is sent to you via email or text message, helping you to keep on top of important messages. Plans start at $12.95 per month, and the company offers a 6-month free trial to see if eVoice works for you.

A third choice comes in the form of Ringio, from Ringobon, LLC. This cloud-based phone solution's "secret sauce" is in using the data that your small business has or collects over time to improve the quality of customer phone calls. For example, connect your Ringio account to an online address book that contains the contact information of your customers, and the next time a customer calls, the Ringio system uses its text-to-speech abilities to greet them by name.

If the customer has called before, the system can intelligently decide who the best person in your company is to handle the call. And the CRM-friendly features don't end there. After routing the call, your



employee can receive a pop-up message to get a complete overview of exactly what has happened with this customer in the past -- a technology usually only found in large call centers. Ringio service costs starts at $25 per month per user.

**SkedgeMe Smart Online Calendar**

If you run a business that relies on scheduling clients -- a salon, day spa, medical practice, equipment rental company, training studio (martial arts, music, tutoring and the like) -- then you know what a hassle scheduling customers can be. But log onto a big company's site like Quest Diagnostics, for example, and you'll find a neat feature that lets clients select their own appointments from available time slots at their selected location. SkedgeMe does just that for your small business.

The SkedgeMe online service employs an outward-facing calendar, allowing customers or vendors to self-schedule appointments anytime they want, instead of having to call your office during business hours and tie up one of your employees as they hunt for a mutually agreeable time. Since SkedgeMe is a software-as-a-service (SaaS) tool, there's no software for you to install and maintain.

Getting started is as easy as entering your business info; the assets, staff or resources customers can select to schedule; and the times/days those are to be made available. You can tie your SkedgeMe micro-site into your main website, so customers can click on the calendar link and see and select available time slots on their own any time day or night. SkedgeMe will even send them (and you and your staff) a confirmation and reminder via email. SkedgeMe service costs $29 per month.

**LivePerson**

Think only big companies can offer live chat support on their websites? Well, your customers think that, too, so they'll assume you have a sprawling customer service department if you deploy LivePerson. The LivePerson platform allows you or your staff to handle multiple customer inquiries at once, eliminating annoying phone queues and disguising the fact that your customer service team may be limited to one or two agents.

LivePerson can also make it more cost-effective for you to offer customer service at all hours by cutting the number of agents you would otherwise need to staff the phones, letting you offer 24/7 customer service -- just like the big guys. The platform costs $99 per month per operator you want to support.

**UserVoice**

And if you think only big companies can offer community feedback and voting on their websites, meet UserVoice. This online community-builder application lets you integrate user feedback, voting and other interactive features just like all of the major sites. You can let your customers submit discussion topics and join discussions (with or without requiring a login), and vote on the ideas and suggestions you or others propose so you can improve your product or service.

The online form makes it easy for customers to submit their feedback, and as they type in their idea UserVoice's search-as-you-type feature automatically finds similar feedback for a user to vote on, so they don't create a new entry that duplicates an existing one. Plans start as low as $19 per month.

47



**RevenueExpect**

Also on the interactive services front, RevenueExpect offers small business owners another way to deliver individual customer attention. The service provides instant insight into customers who have abandoned transactions on your website, allowing you or your staff to reach out to those customers proactively.

RevenueExpect works by providing data from users that is entered into the form before and after the submission process, hence capturing information -- including phone number, email addresses, IP address, and geographical location -- even about abandoners. It also provides data on the number of total conversions on a given form, letting you know if a given form is working or needs to be redesigned. The service costs $50 per month for each domain and supports an unlimited number of forms per domain.

**Constant Contact**

It's happened to you: You've been a satisfied customer of a business, given them your email address, but then never heard from them again. That's a dead giveaway that it's a small operation. You can avoid making that impression with your own business while also increasing revenue with an email marketing service like Constant Contact.

This service helps you build polished email marketing campaigns with professionally designed message and newsletter templates to keep your customers engaged. You can build recipient lists by location, interest categories, or other criteria so you can target your programs to specific contacts.

On the back end, Constant Contact tracks and reports which mailings were opened and by whom, so you can easily see which promotions resonated with customers and which did not. The company also recently rolled out the Constant Contact Event Marketing service to help small businesses and organizations professionally promote and efficiently manage registrations and RSVPs for their meetings, functions, seminars and other events. Constant Contact's services start at around $15 per month.

**HyperOffice**

Small businesses such as architectural/engineering firms that rely on document collaboration and interactive project management with customers have been at a disadvantage compared to larger competitors on the technology front. Deploying and maintaining sophisticated collaboration and communications platforms generally requires the big investment and IT resources only a big company can afford; but not if you use HyperOffice.

This cloud-based collaboration and messaging suite make it look like you have an IT department behind the scenes running a sophisticated collaboration platform that lets you share documents and other files with clients (and of course your remote workers). You can easily set up a customer-accessible portal (branded with your company logo and colors) to share documents and messages with clients.

The company also recently added more sophisticated project management features into the suite, including task dependencies, interactive Gantt charts and more. And these features are on top of the



business-class email, shared calendars, contact management and other features. HyperOffice subscriptions start at $44.99 per month for five users.

**Microsoft Office 365**

All of these tools can make you look a larger business to outsiders, but what about having some big-company perks for you and your staff, as well? Microsoft Office 365 offers small businesses an easy-to-use set of Web-enabled tools and business-class productivity services.

The cloud solution delivers anywhere-access to email, important documents, contacts and calendars on nearly any device -- including PCs, Macs, Windows Phones, iPhones, Android and BlackBerry devices. In a few clicks, you'll be able to access enterprise-caliber productivity applications and Office Web Apps, for viewing, editing and sharing documents.

You also get easy-to-use design tools to build a professional-looking website quickly, and your site will let you share documents securely with colleagues, customers and partners. The platform even includes online meetings with audio/video conferencing and multiparty data sharing. Those interested in trying it can sign up for the beta program now, and Office 365 will go live early in 2011 at an estimated price of $6 per user per month.

*Jamie Bsales is an award-winning technology editor and writer with 18 years experience covering the full range of hardware and software products. His specialties include notebook and desktop PCs, printers, displays and small-business software and Web services*





Startup Weekend (UMV: 49,753)
"MIMIX wins Global Startup Battle: Face-Off!"
By Staff
12/8/2010

Congratulations to MIMIX, winner of Global Startup Battle: Face-Off and Ultimate Champion of Global Startup Battle 2010!

All of us at Startup Weekend extend a huge round of applause to the entire MIMIX team for a job well done!  Congratulations to Pierre Daher, Jessica Abou Haydar, Pascale Baaklini, Akram Barakat, and founder Mahmoud Darawaheh.  As the Ultimate Champion, the MIMIX team wins a website by **Clover** and a customized video by SwitchMarketing!  These prizes, in addition to those the team received as Week 1 winners, will help catapult MIMIX to the next level of entrepreneurial success.



MIMIX is a web and mobile app which builds on speech recognition and 3D modeling technologies to translate speech into sign language in real-time.  The team and their startup have huge potential and we are certain that the winners of Global Startup Battle will have many more successes in their future.

We would also like to thank all of the teams that participated in Global Startup Battle.  The Battle wouldn't have been possible without your innovation, hard work, and enthusiasm.  We wish you all the best of luck with your startups and urge you to keep us updated with your future triumphs by contacting us at success@startupweekend.org



Team Mimix: Jessica Abou Haydar | Pierre Daher
Pascale Baaklini | Mahmoud Darawsheh | Akram Barakat

Many thanks, too, to all of the fans, sponsors, event participants, mentors, judges, and supporters who made each one of our Global Entrepreneurship Week Startup Weekends a success.  Startup Weekend relies on our network of amazing volunteers and startup junkies and we are grateful and constantly surprised by your enthusiasm and love of all things startup.  Lastly, Startup Weekend would like to thank the Kauffman Foundation for their help and support.





InformationWeek (UMV: 1,466,576)
"Marketing Website Builder Adds Analytics, Lists"
By Jake Widman
12/10/2010

The SMB- and entrepreneur-oriented web design platform Clover now supports list pages and provides a quick statistical view of a site's traffic. The do-it-yourself website builder offers nice options that do a lot to overcome some of the drawbacks of Flash sites.

**Clover** is one of a handful of website design platforms based on Adobe Flash, joining Wix, SquareSpace, and Virb in the market. These platforms, including Clover, were set up primarily with creative professionals in mind -- some of the options are aimed at artists, photographers, and musicians -- but there's nothing to prevent any small business from taking advantage of them. They all rely on predesigned, customizable templates, and most have at least some suitable for business. Clover's template selection stands out, both in the number available and in their "professional" (not to say staid) appearance.

Clover also offers a lot of flexibility in the kinds of pages you can include in a site. When you add a new page, you get a choice of text, media, calendar, or list page, while other platforms might limit you to a particular kind of artist-oriented text or media page. The list page option is new and could provide a useful way to host a product catalog, introduce the staff, detail promotions, or add other promotional material. List items can include a name, description, and image.

The other new feature is the ability to monitor site traffic. The stats page lets you track number of visits to your site and view the days with the most and least traffic in the past 3 months, identify the five most visited days in the past month, and get a traffic breakdown by hour. Unfortunately, there isn't a way to see which page drew the most traffic. Clover also automatically generates a mobile version of your site and lets you track traffic there as well.

Flash sites in general have some drawbacks. For one, many of them are slow -- I've tried to visit sites hosted by one of Clover's competitors and given up because of the load time. Also, Flash content is generally invisible to search engines, but Clover optimizes the text and images on a site for searching. It also creates "real" URLs to a site's pages: many Flash sites use the same URL for the entire site, just loading new Flash content onto the same page, but Clover gives each page its own URL, increasing its optimization for search engines.

Clover's not the cheapest alternative in this space: building a site costs $1,000, and hosting and support runs $20/month. But for businesses that don't already have a website, that's a small price to pay for getting online quickly, easily, attractively -- and searchably.





Forbes (UMV: 2,221,928)
"Best Website Management Tools For Small Business"
By David F. Carr
12/15/2010

If you want an easy way to manage your small business website, you have a lot of options.

I often recommend WordPress as a good option because you as the small business owner can edit the basic content yourself. You can either install the software on your own web server or sign up on WordPress.com, the hosted service managed by the open source software's main corporate promoter, Automattic. You can customize your site using countless standard templates and plugins (functional enhancements), and if you're using it on your own website you can also have a programmer create a unique designs and plugins to your specifications.

A **Clover** Website

However, I've introduced small business people and the operators of non-profits to WordPress, telling them how easy it is to use, and discovered they don't necessarily find it to be easy. It offers just enough options to confuse them. They get lost in the maze of menus and get frustrated when they can't figure out how to make simple changes. These are the moments I realize I may have "gone native" from my time spent with techies and forgotten how normal people think.

If you're planning to invest a lot of time and effort in your website, and will be posting blog entries and other updates on a regular basis, then taking the time to learn WordPress ought to pay off. Search engines seek out new content, and WordPress makes it easier to create.

On the other hand, if what you really want to do is maintain a handful of pages marketing your company, there are simpler options.

Intuit, a trusted name in small business technology, offers an Intuit Websites product (also known as Homestead) that lets you pick from standardized templates for all sorts of businesses and insert your own content into the design of your choice. For the price (free for a 30-day trial, then $4.99 per month), this is an option that makes a lot of sense. GoDaddy's Website Tonight is a similar product.

**Clover**, a startup from Thousand Oaks, Calif., has its own twist on how to make building a website easy, while still making the results look good. **Co-founders Jim Elliston and Ben Rugg** had been in the business of custom developing websites until they began working with churches, which couldn't afford the expense of commissioning a custom-designed website. So they decided to create their own content management system, something sort of like WordPress but easy enough for their prime beta user, a 65-year-old church administrator with no particular enthusiasm for technology.

52



"We figured if she could use it, anybody could use it," **Elliston** says. "It really came out of necessity." The product became popular enough in the church community that small businesses started asking for a version of the product, he says.

Tools like WordPress, or even the web development products from Apple (gasp), aren't necessarily simple enough for the average computer user, **Rugg** says. You still typically have to alternate between working in an editor that approximates the look of your website and seeing how your content actually looks in a browser. Instead, Clover is designed so "you roll over some text to change it, or roll over a picture to change it. You don't have to know things like JPEG [photo] compression. We just want to make the whole thing as simple and sweet as possible," he says.

At the same time, **Elliston** and **Rugg** thought they could deliver better looking designs than those produced with the website templates from the likes of Intuit and GoDaddy. They charge a bit more — $1,000 up front, plus $20 per month for hosting and support — but the results are slick. Some of the more attractive effects are achieved using Flash, Adobe's technology for adding animation and interactivity. The **Clover** editing tool is also built in Flash.

This does set off some alarm bells because Flash websites are not always indexed well in search engines and aren't displayed properly on the iPhone or iPad, where the Flash plugin is currently not available. However, **Clover** provides an alternate version of every page as formatted HTML for search engines and browsers that lack Flash support.

Adam Parent, owner of the Blackbird Coffee House in Port Angeles, Wash., had created the original website for his business himself but was never really satisfied with it. Though he has some design skills, he says, "I'm so busy running my shop that it was just much easier to have **Clover** do the site for me. I didn't have the skill and the ability to create a really sharp website like I had in my head."

Updating the site is easy, he says, although he still doesn't do it as often as he should. What's most important to him is that it projects the right image.

"We're in a pretty small town, and our coffee shop is distinct from others — it has a more urban, modern feel to it," he says, and the website helps project that image. "People who have found us through the site come to our shop expecting something good."

**Clover** also enforces some limitations to keep things simple. For example, a **Clover** site is a maximum of 80 pages. If you're going to be continually adding to your website content, or you want to add your own custom font stylesheets or JavaScript, then, yes, **Elliston** and **Rugg** agree you're probably better off with something like WordPress.

"If you're a programmer, you're not going to like it," **Elliston** says.



Kim Komando Email Newsletter (UMV: N/A)
"Build Your Website' Grand Price Package"
By Kim Komando
12/19/2010

To make sure you continue to receive my e-mails in your Inbox (so they're not sent to a junk folder), please add to your address book or safe sender list.

To view this e-mail as a Web page,



54



GoToAssist® Express™, you'll connect with customers like never before.

- **Speed** - Support up to 8 clients at once!
- **Unlimited Use** - Flat fee pricing!
- **Performance** - 100% reliability!

Try GoToAssist Express FREE for 30 Days!

domain name.

- Smart, simple tools.
- A great help section.
- Clear, fair pricing.
- Wonderful customer support.
- No aggressive upsell.

Save 10% now.

Fa la la la! It's another fast-paced edition The Kim Komando Show Weekend Newsletter! This week, I'll help you sell your old tech gear, buy an HD camcorder and protect your kids online. And my 15th Annual Great Giveaway Sweepstakes is underway with almost $100,000 in prizes! Each week, my national radio shows, busy Web site and e-mail newsletters reach tens of millions. Thanks for joining us!

## Table of Contents
### What's in Your Inbox This Week

- KIM'S CONTEST: My 15th Annual Great Giveaway
- DIGITAL DIGRESSIONS: Easy and fast tips that work for you
- CATCHING UP WITH KIM: What you missed this week
- MY COLUMN: Turn your old tech gear into cash
- COOL SITES & FREEBIES: More fun stuff you'll like and use
- COOL USEFUL FUN FREEBIE: Top 10 freebies of 2010
- SECURE COMPUTING: Microsoft's biggest Patch Tuesday ever
- YOUR WEEKLY Q&A: Buying an HD camcorder

**CLICK TO FIND MY NATIONAL RADIO SHOW IN YOUR HOMETOWN**
Catch me this weekend in your hometown! With over 465 radio stations throughout the United States, there's bound to be a station near you that's broadcasting my show this weekend. To find the one closest to you, simply click here and you'll be magically transported to the Official Komando Radio Locator Map.

Then, join me for one, two or the entire three fun-filled, jam-packed hours of great talk radio about the Internet, cell phones, e-book readers, HDTVs, MP3 players, digital cameras, camcorders, GPS's, home theaters, computers and, of course, tips and secrets to getting the most out of your digital life.



**DOWNLOAD, LISTEN & WATCH MY SHOW!**
Kim's Club members can download my daily and weekend radio shows and listen when they want in crystal clear digital audio. They can watch my weekend show live, too, or on demand at TVKim.com. Plus, members have access to 80 percent more content at Komando.com. Click here to join Kim's Club today! It's just a few dollars per month.



**CLICK THE UNDERLINED WORDS TO LEARN MORE**
When something is underlined in my newsletters, click it. It's a link to a tip, trick or secret on my home page for you to learn more. So go ahead, click the links. Expand your horizons. You'll be glad you did!

**JOIN US FOR THE LIVE SHOW & GET IN THE ACTION**
Watch us do the show live. And when the rest of the world goes to commercial break, TVKim.com shows you what's really going on behind the scenes during my national radio show.

Sign in at TVKim.com and watch it. We're using six cameras and lots of microphones. You just never know what you'll see or hear!

The live broadcast begins at 7 a.m. Pacific, 10 a.m. Eastern. If you miss the live streaming, catch the show on demand. Watch the entire show when it's convenient for you.

Now, this is available only to Kim's Club members. So, it's just one more reason to join Kim's Club. Others include: the ability to ask and answer questions on the Message Board, access to 80 percent more content on the site and downloads of my daily and weekend shows. They'll run on your computer or MP3 player.

Kim's Club costs as little as $4.17 per month. Sign up now and give us a try. It's fun!

---

## KIM'S CONTEST GIVEAWAY
### WIN GREAT PRIZES!

**TIME IS RUNNING OUT TO WIN!**
My 15th Annual Great Giveaway Sweepstakes is coming to a close. You can still win by calling the show and talking to me live on air today, Sat. Dec. 18. Everyone who speaks with me is a winner. Of course, I still have seven fabulous grand prizes that you can win by entering online. The grand prizes



are valued between $900 and $9,500 each!

And here's a sneak peek at the grand prizes:

'Escape to Tahiti' Super Grand Prize Package
Kim's Super Grand Prize "Escape to Tahiti" travel package sends you to a
tropical paradise. Includes air travel, luggage, camcorder, laptop computer
and e-reader!
Retail Value: $9,487.98

'Experience the Kim Komando Show Live' Grand Prize Package
Come visit Kim and watch her show live from the studio with the
"Experience the Kim Komando Show Live" prize package. Includes air travel,
rental car, camcorder, and a laptop computer.
Retail Value: $3,587.99

'3-D TV' Grand Prize Package
Your home entertainment system needs to have the coolest gadgets. Win a
brand new 3-D TV along with all the goodies. This prize package includes a
46-inch 3-D TV, 3-D glasses and a 3-D Blu-ray player.
Retail Value: $2,937.00

'Surround Sound Bar' Grand Prize Package
Tired of inadequate sound for your home entertainment center? Win the
Panorama Surround Sound Bar. It produces terrific audio and looks
incredibly stylish. The package includes the Bowers & Wilkins Panorama
sound bar.
Retail Value: $2,200.00

'Build Your Website' Grand Price Package
These days, everyone should have a Website. Get a custom, professionally-
designed Website for free! This package includes a Clover professional
Website with three years of free hosting and personalized support.
Retail Value: $1,720.00

'Camcorder' Grand Prize Package
Video has taken over the Internet; don't get left behind. Shoot professional-
looking videos with a powerful Sony high-definition camcorder. The prize
package includes a Sony HDR-XR550V Camcorder loaded with amazing
features.
Retail Value: $1,399.00

'Surround Sound Speaker System' Grand Prize Package
Your HDTV brings the movie experience to your home. Make sure you have
sound to match. This surround sound speaking system is just what you
need. The package includes stylish yet powerful Polk Audio TSi Series
speakers.



Retail Value: $999.80

That's not all you can win! You can take home one of these great prizes:

- Sony Camcorder
- Cisco Valet System and Flip SlideHD Video Camera
- Microsoft Office for Mac
- Microsoft Xbox 360 Video Bundle
- iRobot Roomba Vacuum Robot
- One-year Lynda.com Online Training Library Membership
- Wacom Intuos4 Graphics Tablet
- Sony Ericsson Xperia X10 Smartphone
- Casio Digital Camera
- Virgin Mobile 3G Wireless Prize Package
- Posit Science Brain Fitness Program
- DXG Professional Grade Camcorder
- Cambridge SoundWorks All-In-One Music System
- Samsung Personal Media Device
- Bowers & Wilkins Headphones
- Microsoft Zune HD
- Microsoft Gadget Bundle
- Boost Mobile Cell Phone with Service Bundle
- Staples $250 Gift Card
- Kodak All-In-One Printer
- Toshiba 3D Blu-ray Player
- Targus Roller Bag and Laptop Charger
- Boxee Box by D-Link
- HP Portable Hard Drive and Digital Photo Frame
- Avatar: The Last Airbender DVD Bundle
- Epson Stylus All-In-One Printer
- Sony Creative Software Bundle
- GameTruck Mobile Video Game Party
- Pandigital Color Multimedia eReader
- Livescribe 8GB Echo Smartpen
- Kodak Pulse 10-inch Digital Frame
- Wacom Bamboo Fun Graphics Tablet
- Finis XtreaMp3 and iLuv Vibe Plus Bundle
- Casio Digital Camera
- Kodak Easyshare Digital Camera
- Finis SwiMp3 and Tunebug Vibes Bundle
- Kodak PlaySport Video Camera

[Click here to see descriptions of these awesome prizes at my Annual Giveaway site](#).

**HOW CAN I WIN?**

Win by calling the show and speaking with me on air. [You can also win by entering daily at my Giveaway online](#).

To win on air, you must call when I am broadcasting the show live on Saturday mornings, 7 a.m. to 10 a.m. Pacific Time. The number to call is toll-free 1-888-825-5254. And you must speak with me! To win a grand prize, [you must sign up on our Website](#).

**ARE YOU A KIM'S CLUB MEMBER?**

This year, I've added a special perk for Kim's Club members. You don't need to worry about entering the contest on my site. Kim's Club members will automatically be entered in the online portion of the contest every day! It's

58



like a $50 lottery ticket with a lot more chances to win! It's just one more perk of being a member! Click here to join Kim's Club now.

Let me clear some confusion. You do NOT need to be a member of Kim's Club to enter/win in my $100,000 Great Giveaway. But if you ARE a member of Kim's Club, another benefit of joining is that we will enter you automatically every single day. So, anyone can enter daily. If you want to join Kim's Club, hit this link.

**Did you win?**
Here are this week's winners on the site:

- Gary Ronan of Lindstrom, MN, tunes in to KTLK 100.3 FM. He's about to experience a whole new dimension in home movies. I'm sending him a Toshiba 3D Blu-ray Player valued at $250.
- Sarah Jelinek from Fargo, ND, catches the show on *podcast from Kim's Club*. She'll soon be surfing the Internet from her couch. I'm sending her an Archos 7 Home Tablet worth $200.
- Kathleen Leininger of Shiner, TX, tunes in to WOAI 1200 AM. She won't be breaking the bank on new technology purchases anytime soon. I'm sending her a $250 gift card to Newegg.com.

**FORWARD US TO YOUR FAMILY AND FRIENDS:**
Know someone who can use this information? Forward this newsletter now. Or pass along the link at Komando.com to your family members and friends on your Facebook or Twitter account. This helps them and us. We are always looking for more folks to enlighten in this digital age.

**YOU DON'T WANT TO MISS THESE:**

- Finding the right video editor
- Keep your kids safe on an iPod touch
- Transferring a Carbonite subscription
- Important security tips; and some awesome freebies!





Website Magazine (Circulation: 141,557/UMV: 158,027)
"Less flash-y designs"
By Staff
January 2011







# TO WATCH IN 2011

BY LINC WONHAM, ASSOCIATE EDITOR

The Web can be many things for a business in any industry, but one thing it will never be is easy to predict. Technologies change so rapidly that they create the need for new ideas and improved strategies virtually overnight.

But therein lies the attraction for Web professionals, and much of the opportunity as well. Businesses that strive to stay ahead of the curve will have a much greater chance at success. Business owners that can accurately predict the next trend — well, that's how multibillion dollar companies are born.

We make no promises about the latter, but we can definitely improve your odds of achieving the former. To that end, we have identified the most important trends to watch in the year 2011. Before you examine the following pages, however, it is important to understand our definition of an important trend.

You may be tired of hearing about social media, for instance, and you hardly consider it a new development. But if you employ the same social strategies in 2011 as you did in 2010, and fail to account for the changes coming in the next year, your business will suffer the consequences.

Therefore, the most important Web trends in 2011 are those developments that your online business cannot

afford to ignore. With that said, here are the trends to which every Web professional should pay close attention in the coming year, as well as some predictions, plenty of solutions and even more instructions along the way.

## Everything's in real time

The developments taking place in real-time technology will impact every industry across the Internet in 2011 — from SEO to e-commerce to Web design. Google fired the loudest shot when it introduced Google Instant real-time search in 2010, but versions of the technology have been around for several years.

What are now more significant than the technologies themselves are the many different ways in which they can — and will — be used. Real-time search, real-time content distribution, real-time bidding, real-time analytics and real-time content translation are just some of the areas in which the technologies are changing the Web.

Continued on page 28



**Atomic**PR





Continued from page 26

 **GOES THROUGH THE ROOF**

A 2010 study conducted by the Pew Research Project determined that 69 percent of the U.S. adults connected to the Web are currently watching videos online. At its present rate of growth, online video could have close to a 100-percent penetration within the next five years.

Given the widespread popularity of video, the marketing and SEO possibilities for Web businesses in 2011 are virtually limitless. The Interactive Advertising Bureau reports that online video revenues increased 66 percent year-to-year by mid-2010, and 2011 will produce an even more dramatic increase. Google recently predicted that 50 percent of online ad campaigns in 2015 will include video.

Google, in fact, is testing new video ad formats on YouTube that it plans to roll out in time for 2011 called TrueView, the ads give users the option to select from multiple choices, and advertisers pay only for those ads chosen. Whether creating paid ads that users choose to watch, or other content that will be shared on social networks, Web marketers are going to be challenged to produce engaging videos in 2011.

There are many solutions available to Web professionals, including those from Invodo, Dailymotion, Liveclicker and many others. YouTube has a helpful analytics tool called Insight, and the newest version of Brightcove's video content solution also includes a strong emphasis on analytics.

thus creating the need for a new set of strategies across the board.

To ensure that your website stays ahead of this trend, direct your focus on providing continually fresh and useful content that matters in real time — content that addresses the current needs of your audience. There is no better way to achieve this than by engaging with your customers on social networks.

Create and distribute helpful blog posts and informational videos on which users can comment and share with one another, and invite them to write reviews about your products, services and business. Build an application or optimize your website to ensure that users can access your business on their mobile devices and get the information they need right away.

To monitor the engagement, explore some real-time analytics solutions to determine how visitors are interacting with your site — while they are on-site. Optify provides just

one of the solutions in this rapidly growing space, giving website owners instant analyses that allows them to immediately address the needs of their visitors.

### The resurgence of display

Few industries are expected to come out of the recession as strong as online display advertising, and 2011 is going to be the first in a run of banner years. Advertising research firm Borrell Associates forecasts that online display earnings will surpass $10 billion in the next 12 months, and Google has predicted that display will be a $50 billion industry by 2015.

"Better audience targeting is a big part of it," says Karl Siebrecht, CEO of online ad technology company AdReady. "Better capabilities and better platforms drive better performance, which drives growth. That lowers the costs of software and campaign management, which opens up the market for businesses to get into display. It's all going to be accelerated in the coming year."

That means that unlike previous years, when as much as 85 percent of display advertising spending was absorbed by the top 500 companies on the Web, 2011 will see a major trend toward smaller businesses entering the display market. With continually improving and cost-effective technologies that allow for streaming video content, remarketing campaigns and complete automation, the coming year presents an ideal opportunity for Web marketers to grow their businesses through display.

The Borrell study projects that the number of local targeted display ads will more than double in 2011, calculating that spending in local markets will reach more than $2.3 billion in the next year. The only other online advertising format anticipated to grow as dramatically in 2011 is streaming video, for which Borrell predicts an increase of more than 60 percent.

### Location, location...Localization

Certainly, one of the most important trends to watch in 2011 is the continued development of geolocation technologies and the check-in services provided by companies such as Foursquare and Gowalla. A 2010 study conducted by Pew Research concluded that only 4 percent of online adults use a service or mobile app to share their locations with friends, but do not be fooled by those results.

Foursquare alone has more than four million registered users, Gowalla has more than two million, and smaller services such as SCVNGR are on the cusp of the one million threshold. But the overall adoption of location-based services is going to go mainstream in 2011, thanks in large part to Facebook and its half a billion users.



What was already a significant trend with a fair amount of momentum recently took an epic turn when the world's most popular social network added a Deals feature to its months-old location-based service, Facebook Places. Through Facebook Deals, retailers and merchants will offer discounts to users checking into Facebook from specific locations. Early partners have included the Gap, Starbucks and McDonald's.

This is highly significant not only for retailers, merchants and those in the location-based services space, but also for dozens of companies in the growing daily deals, local coupons and group-buying spaces. Groupon created the successful model in 2008, which has led to a growing number of clone companies — the most successful of which is LivingSocial.

With a simple step, Facebook has put its enormous footprint on location and invited all the Web to follow.

Google's interest in location has also been growing rapidly, most recently with a heavy focus on its local search listings. Businesses in 2011 must be sure to take advantage of the new emphasis on location by including their geographic data wherever possible and taking part in local deals promotions when they can.

"The maps that show up in Google's local listings now are as big as the organic listings," says John Fairley, director of Web services and social media for Walker Sands Communications. "Companies should be claiming their listings, providing categories, descriptions and so on. Local businesses need to get citations from Google and make sure that users are talking about their companies on social networks and through reviews."

### Social mobilization

Every important trend in 2011 will be building toward the increasing socialization and mobilization of the Web. Users are increasingly relying on social networks to connect with each other and with businesses, and that trend is rapidly gaining momentum. Also gaining momentum is users' dependence on mobile devices and applications, meaning that to succeed in 2011 businesses must not only be social but also mobile — ideally, they will be "socially mobile."

"The main trend happening right now is that the website is no longer only about disseminating information," says Mike Fisher of online marketing firm Alterian. "It is a touchpoint now, which actually presents an opportunity for businesses. The challenge lies in being able to move in a direction that makes the website the hub of connectivity. Because consumers are becoming more socially mobile every day, businesses have to recognize that it is going

to be more about personal connectivity than anything else in the future."

That means that businesses must engage consumers the way they expect to be engaged in 2011. Through social networks and to a large degree on mobile devices. The two

## LESS FLASH-Y DESIGNS

The year 2011 will be about getting your point across without a lot of flash — literally. The sooner you can show Web users that your business meets their needs, the better.

That means they will be choosing substance over style in many instances, challenging website owners to find the best balance. The sites that stay ahead of this trend will have designs that stand out but get right to the point, while also allowing for deeper functionalities that can be optimized for social media and mobile devices.

"If your site has a big Flash presence on its homepage," explains John Fairley of Walker Sands Communications, "your preview on Google is not going to look nearly as enticing. The same can be said for including lots of little images. Simple, bold designs are going to work best. With so many changes taking place in search, I think that 2011 might be a really good time for companies to look at website redesigns."

One solution comes from a startup company in Utah, founded in 2008 by Ben Rugg and Jim Elliston. Clover has grown to more than 4,000 clients since developing a tool that helps small businesses create websites aligned with this new trend.

"We built a content management system from the ground up, designed specifically for highly functional small business websites that are easy to maintain," says Elliston. "The designs are open, clean and modern because we're coming to the end of the cluttered website. Videos, media players, slideshows and all of that is done in Flash, but that's kind of a bad word in design right now. So the foundation is in HTML, which means that each site is totally SEO-optimized."

**AtomicPR**

## INCREASING CLOUDS

Many businesses are going to be tempted to explore cloud computing in 2011. One of the most promising technologies the Web has seen in years, the cloud offers huge potential for savings in cost and other resources.

Any notion that the cloud will provide a mainstream solution for Web businesses in 2011, however, is premature. Web professionals should pay careful attention to everything they hear about the cloud, but also be cautious not to let it sweep them away.

"The cloud will change the Web hosting industry the way cable changed the television industry," says Christian Dawson, chief operating officer of ServInt. "There is a shakeup and a consolidation coming, but people have to remember that it is a changing technology. For now it's going to remain in the realm of the techies. It is an IT department's product for the foreseeable future."

While companies such as Amazon, Apple and Google continue to explore the cloud in 2011, smaller Web businesses can expect the hosting industry to become more service-oriented in the meantime. Nimble hosting companies such as ServInt will be giving their customers the "high touch" treatment while the Amazons and Apples focus on matters more high-tech.

most important things a business can do in the next year are to provide content that can be found and shared on social networks, such as videos and user-generated content, and to ensure that it is optimized for mobile consumption.

"Businesses need to build their strategies in 2011 around content creation and distribution," says Rick Nash of the Acquity Group, another digital marketing firm. "They need a content strategy that will enable them to build a following on social networks, and they need to make their brand or their business available anytime and anywhere to accommodate for mobile."

As discussed, the latter can include optimizing your website without a lot of Flash technology on the front-end, or building a mobile application for iPhone, iPad and Android devices. Keeping in mind how important it is to explain the purpose and goals of your business in the shortest amount of time and space, and being sure to emphasize the physical location of the business as well as other information that is vital to the consumer on the go.

"Mobile is not just a channel, it's going to be much more than that in 2011," says Dana Middleton, CEO of Performics. "Businesses should be optimizing their sites, but they have to think about the whole experience. One in four searchers will have a local intent, and when I'm searching for a Lowe's in my car at 6 p.m., I not only want the location but the hours of operation to show up in the search results."

Middleton is accurate to say that mobile, and social, have become much more than channels through which businesses reach their customers. The channels for reaching them are the trends we have listed previously — real-time search, simpler website designs, engaging content, advertising promotions, new technologies — while social and mobile are becoming the ends rather than the means.

"Five or six years ago a company might have had an offline store, an online store and a catalog, that it mailed out once or twice a year," says Carsten Thoma, the U.S. president of e-commerce solutions provider Hybris. "Today, there are seven, eight, nine different touchpoints — it's crazy. But it's also really exciting, and a lot of businesses don't realize that it creates more opportunities for them. It may be more complex, but it presents a huge opportunity for businesses that can reach customers in these new segments."

Perhaps the biggest challenge for businesses adapting to the social mobilization trend in 2011 will be about keeping it simple, and avoiding those complexities to which Thoma refers. But if you look carefully, the one thing that all of these trends have in common is a call for simplicity.

Therefore, the best way to succeed in 2011 is by doing one thing and doing it well.

"It will be too daunting to try to do everything at once time," says Abertani Fisher. "Link the two things together — good content with social and mobile — and that's where the focus should be."

That may be easier said than done, but it will be the key to your business' success in 2011. ∎





Tony Morgan Live (UMV: 12,411)
"Check Out These Ministry Resources"
By Tony Morgan
1/8/2011

You may be interested in checking out some of the ministry resources that are available. Here are the folks that are making things happen at TonyMorganLive.com this month:

faithHighway – provides total marketing solutions to attract visitors to churches

Integrity Music – check out their new digital magazine that highlights worship albums available for gifts

dc – design and communication solutions that create raving fans, inspire people, and honor Christ

Bellevue Church Management System – the free, web-based and open source church management suite

**Clover** – provides websites for growing churches and ministries

Disciple Making Leaders – offering discipleship curriculum and training seminars for church leaders

MAG – outsourcing qualified, professional Executive Assistants to support a senior-level church leader who cannot find or afford a full-time person

Orange – offering free curriculum that will revolutionize your children and student ministry

Outreach Events – specializes in dynamic, outreach-oriented events with people like Scott Rigsby that create opportunities for sharing faith

Screenflex – sells economical, portable room dividers for churches, schools and businesses

StreamingChurch.tv – provides everything you need to broadcast your services live

Want to get the word out about your business or event? I only have a couple of advertising spots open. If you are interested, email me for more details. I'd love to have you join our team!



# Bloomberg
# Businessweek

Bloomberg BusinessWeek (UMV: 5,278,806)
"Drive Web and Foot Traffic"
By Jim Elliston (contributed article)
1/14/2011

While big-box retailers spend millions to grab attention with sales and promotions, many small business owners struggle to keep up. But having a strong online presence and a strategy for driving traffic to your brick-and-mortar store is an affordable and effective way to stay competitive. First, start with a strong, professional website you can manage on your own. The importance of this simple step is many times overlooked. According to a recent study by Pew Research, 44 percent of all U.S. consumers research businesses online before purchasing items, making a strong online presence more important than ever. From there, take the following steps to quickly and cost-effectively increase website traffic and, subsequently, foot traffic.

1. Clean design. Do not clutter pages with unnecessary information, as it will just confuse potential customers and drive them away without giving your company a chance. This is especially important with Google Instant, which enables consumers to see a small preview of your site within their search results.

2. Optimize your website for search engines. Have searchable words, images, and page titles for search engine optimization.

3. Make sure customers know how to get to you. Store location and hours need to be up-front and clear on your website. Also make sure your address links to Google Maps so the user can receive quick, easy directions.

4. Shoppers love coupons. Use your website to post coupons that are only redeemable at your store to incentivize new and existing customers. If coupons are a regular occurrence on your site, people will continue to come back again and again.

5. Create an event. People want to interact in an authentic way, but face-to-face community can't be achieved in cyberspace. Use your website as a springboard to events at your store such as hosting appetizers or hiring live musicians.

6. Use the entire Web. Although your website may be your primary marketing piece, make sure you use the entire Web to drive traffic to your shop using tools such as Facebook and Twitter. This gives your customers multiple opportunities to hear about your business. The goal is to use the entire Web to create a culture around your company, and inform clients and customers about what is happening.

**Jim Elliston**
Co-Founder
Clover
Newbury Park, Calif.





Demopit (UMV: 2,186)
"Clover helps make beautiful websites in seconds"
By Staff
1/17/2011

**Clover Sites** is a web-based website builder and hosting solution that helps you create beautiful website in seconds. The builder allows you to quickly create and showcase your products and services online. You can get a professional looking websites with all the features you need.  All sites cost a one-time fee of $1,000, plus $20/month for hosting and support.

Key Features:

- Photo editor is a built-in tool, and it allows you to add, scale and rotate your photos so they fit perfectly in the spaces provided
- You are given the control to adjust your entire site's colors
- Have as many media players on your website as you'd like
- Easily create pages that display a list of items or people
- You can turn any photo space into a slideshow
- Your website comes with a mobile version that's optimized for small screens and cellular download speeds (very cool!)
- Your page titles turn into search-engine-friendly URLs in order to boost your search rank with relevant keywords
- All media you add to your site (photos, audio, video) automatically gets compressed and optimized so it will load quickly





No doubt this is a superb solution – but, the "one time fee of $1,000", it is a little steep consider it's competitor – Yola.com (basic plan is free).



About.com Entrepreneurs (UMV: 154,693)
"Key to Success for Entrepreneurs is a Mix of Good Hiring, Marketing, Risk-Taking"
By Mitchell York
1/19/2011

How many website development companies are there in the world? Might as well ask how many angels can dance on the head of a pin.

So how can anyone stand out in the hugely fragmented, entrepreneurial world of website building? You'd have to have a combination of factors going for you to make that happen. Better technology would be a given. A price almost any small business can afford would be great, too. If the design didn't look like something a third-grader (one without artistic skill) put together, even better.

Meet **Clover Sites Inc.**, who's tagline says it all: we make websites for people, not programmers. Launched in 2008 by **Jim Elliston**, 31 and **Ben Rugg**, 30, **Clover's** mission is to enable small business owners to create and maintain beautiful, affordable websites without hiring designers or programmers. The websites **Clover** has built are simple and elegant in design, and the company has a pricing model to match. To create a Clover site costs $1,000 plus $20 a month. Of course, you can also get a website from GoDaddy, Intuit, and countless other sources for the price of a sandwich (literally), so you'll have to be the judge of what each paint-by-number provider has to offer and whether Clover is worth the premium over those solutions. On the flip side, it's also possible to spend $10,000 or more on a custom website. Somewhere in the middle is a template-driven website that looks custom -- which is where Clover resides.

The company launched in a highly vertical niche -- the religious market -- creating sites for churches. The partners stumbled into the religious market because they were both on staff at a local church. **Jim** said the choice of that vertical was core to their success. "Churches have a specific set of needs, for putting up media, sermons, videos and calendars of events." So having all those functions available and easy to use for tech novices was important.

Since 2008, customers have created more than 4,500 sites, about 90 percent of them in the church market so far. The company is now adding features to appeal to a more general-interest, small business market.

Some insights on the entrepreneurial journey of the founders:

**What are the biggest mistakes you have made in your business?**

- *Hiring people without a very clear idea of the role they will fill.* We've all heard lots of large companies talk about the concept of hiring for the people, rather than the role. That theory may work fine when you have 5000 employees and you can move talented people around to maximize the results you get from them. That doesn't work so well, however, when you have a small team and you need very specific jobs done.

AtomicPR

- *Hiring for projected growth.* We had a time when our sales were growing exponentially, and it looked like they were only going to continue at that pace. We hired several additional customer service people in an attempt to get them all trained before we hit an even faster period of growth, even though we didn't necessarily need them at the time they were hired. Our sales have continued to grow, but not at the expected pace, and for a while we had a pretty bored customer service team.
- *Measuring success with number of employees.* This is just plain dumb. A small team of great people is much better than a large team of average people. Admittedly, though, it's sometimes hard to break away from the game of comparing your business to another, based on the supposed success of having a lot of employees.

**What are the best decisions you've made in your business?**

- *Measuring the success of each ad campaign individually.* It was sort of something we stumbled into, but with the simple tool of asking each customer how they heard about us, we were able to get a good handle on what advertising was actually working. Since then we've made our tracking quite a bit more sophisticated, and it's extremely useful, because it allows us to focus our money on what's actually working.
- *Treating customer service like marketing.* More accurately, treat people like real people. We absolutely love providing over-the-top customer service. Ironically, we get an extremely low percentage of people calling in about problems, but when we do, we treat them so well, they tell others about us simply because of our great service. We also speak like real people (go figure) and we never try to pretend that we're bigger than we are.
- *Being gutsy when it comes to the right risks.* Early on in our business, we had the chance to advertise at a big conference. The problem was that the only spot left was the premier sponsorship for $15,000 and that was the entire amount of profit we'd made up to that point. We debated for about 5 minutes and then said "yes", because we had enough guts to bet on the fact that the conference would pay off. It ended up being the right decision and it helped shape our internal decision making from that point on.





Imagine the Word (UMV: N/A)
"I just launched a new website for Imaginetheword.com!"
By Hunter Barnes
2/1/2011

I just launched a new website for Imaginetheword.com! This is something we have needed to for a long time, and we were gifted with the funds to make it happen and happen it did! We built the site on a **cloversite** platform. **Clover** is a great company, they put website creation and maintenance within the hands of creative non-technical people in a way that few others do. I researched pretty thoroughly and haven't found anything that even comes close to what Clover offers. If you're interested, drop me a line and I can tell you more, they specialize in Church ministries, non-profits and small businesses. Check em out at **Clover Sites** and tell them Hunter sent you!

72





Fundraising Success (UMV: 10,330)
"Clover Grants Homegirl Café a Donation and New Website"
Press Release Reposting
2/2/2011

Newbury Park, Calif. – (Feb. 1, 2011) – Clover Opens in a new window, the small business Web design platform built for real people — not programmers — today announced its partnership with Homegirl CaféOpens in a new window, the award-winning, Los Angeles-based eatery, a division of the nonprofit Homeboy IndustriesOpens in a new window, employing formerly incarcerated and gang-affiliated men and women  to launch the restaurant's first stand-alone, professional marketing website. In addition providing the new turnkey website at www.homegirlcafe.orgOpens in a new window, Clover also made a $1,000 donation to the organization.

"Many thanks to Clover for offering Homegirl Café this beautiful new website and the accompanying donation," said Father Greg Boyle, founder of Homeboy Industries, the parent organization of Homegirl Café. "Our restaurant, catering business and Homegirl Gardens project now have a beautiful web presence that our employees can easily update. This resource is a huge step in helping to spread the word and impact of Homegirl Café to our community."

The Homegirl Café team is hoping the site drives not only business, but also donations. In a recent survey conducted with Harris Interactive, Clover found that nearly half (44%) of respondents agree that a professional website is a major factor when deciding whether to donate to a non-profit organization.

The new site for Homegirl Café features background info, photographs, menus, event information, , and details about  the Homegirl Gardens project and Homeboy Industries, all in a beautiful, accessible interface.  The real value of the site lies in the backend, Clover's intuitive content management system called the Greenhouse, originally created by Clover's co-founders Jim Elliston and Ben Rugg. The technology was developed with a 65-year old administrator in mind, making Clover ideal for non-profit organizations typically staffed by few full-time employees, part-timers or volunteers with little to no programming or design experience.

"Once in a while we come across an exemplary non-profit organization that speaks to our values, and that could use some help with their web presence," said Jim Elliston, co-founder, Clover. "Homegirl Café is a well-run organization with a touching mission and delicious food, and we're delighted to help them drive business in 2011 with a new site."





Ventura County Star (UMV: 233,742)
"Clover partners with Homegirl Café"
By Staff
2/5/2011

**Clover**, a small business Web design platform, has partnered with Homegirl Café to launch the restaurant's first stand-alone, professional marketing website. In addition to providing the new turnkey website at http://www.homegirlcafe.org, Clover also made a $1,000 donation to the organization.

Homegirl Café is the award-winning Los Angeles-based eatery, a division of the nonprofit Homeboy Industries, employing formerly incarcerated and gang-affiliated men and women. It hopes the site drives not only business, but also donations. In a recent survey conducted with Harris Interactive, Clover found that nearly half (44 percent) of respondents agree that a professional website is a major factor when deciding whether to donate to a nonprofit organization.

The new site for Homegirl Café features background info, photographs, menus, event information and details about the Homegirl Gardens project and Homeboy Industries, all in an accessible interface. The real value of the site lies in the back end, Clover's intuitive content management system called the Greenhouse, created by Clover's co-founders Jim Elliston and Ben Rugg. The technology was developed for nonprofit organizations typically staffed by few full-time employees, part-timers or volunteers with little to no programming or design experience.



# Nonprofit Technology News

www.NPTechNews.com

Nonprofit Technology News (UMV: N/A)
"Clover Grants Homegirl Cafe a Donation and Website"
Press Release Reposting
2/11/2011

Clover, the small business web design platform built for real people - not programmers - today announced their partnership with Homegirl Café, the award-winning, Los Angeles-based eatery, a division of the non-profit Homeboy Industries, employing formerly incarcerated and gang-affiliated men and women to launch the restaurant's first stand-alone, professional marketing website. In addition providing the new turnkey website at www.homegirlcafe.org, Clover also made a $1,000 donation to the organization.

"Many thanks to Clover for offering Homegirl Café this beautiful new website and the accompanying donation," said Father Greg Boyle, founder of Homeboy Industries, the parent organization of Homegirl Café. "Our restaurant, catering business and Homegirl Gardens project now have a beautiful web presence that our employees can easily update. This resource is a huge step in helping to spread the word and impact of Homegirl Café to our community."

The Homegirl Café team is hoping the site drives not only business, but also donations. In a recent survey conducted with Harris Interactive, Clover found that **nearly half (44%) of respondents agree that a professional website is a major factor when deciding whether to donate to a non-profit organization.**

The new site for Homegirl Café features background info, photographs, menus, event information, , and details about the Homegirl Gardens project and Homeboy Industries, all in a beautiful, accessible interface. The real value of the site lies in the backend, Clover's intuitive content management system called the Greenhouse, originally created by Clover's co-founders Jim Elliston and Ben Rugg. The technology was developed with a 65-year old administrator in mind, making Clover ideal for non-profit organizations typically staffed by few full-time employees, part-timers or volunteers with little to no programming or design experience.

"Once in a while we come across an exemplary non-profit organization that speaks to our values, and that could use some help with their web presence," said Jim Elliston, co-founder, Clover. "Homegirl Café is a well-run organization with a touching mission and delicious food, and we're delighted to help them drive business in 2011 with a new site."

For more information and a demo of Clover's non-profit offering, please visit www.cloversites.com/non-profit/.

**About Clover**

75



Clover provides professional websites for real people - not programmers. In 2008, founders Jim Elliston and Ben Rugg created Clover to fill a gap in the web design industry. Since then, thousands of small businesses and entrepreneurs around the globe have used Clover to create professional, affordable marketing websites on their own, without the hassle and cost of hiring a programmer or designer. For more information visit www.cloversites.com.

**About Homegirl Café and Homeboy Industries**

For more than 22 years, Homeboy Industries has helped at-risk and former gang-involved youth become contributing members of our community through a variety of services in response to their multiple needs. Free programs - including counseling, education, tattoo removal, job training and job placement - enable young people to redirect their lives and provide them with hope for their futures.  More information is available at www.homeboy-industries.org.

Homegirl Café, established in 2004, employs 32 young women and men, teaching them all aspects of the restaurant and catering business.  The Café is one of four social enterprise businesses sponsored by Homeboy Industries to help youth become job-ready and move beyond gangs.





Wall Street Journal (UMV: 9,647,268/Circulation: 2,061,142)
"Small Tech Gets Religion"
By Sarah H. Needleman
3/1/2011

When **Jim Elliston**, a former nondenominational pastor, decided to start a technology company in 2007, he turned to a customer he knew best—the church—to win initial business.



Mr. Elliston says his firm, **Clover Sites Inc**., of Newbury Park, Calif., has since sold its website templates and Web-hosting services to more than 4,500 churches in the U.S. He also counts those institutions' members among his company's clientele, crediting referrals for providing a steady stream of leads.

He started out promoting his business by placing an ad in a booklet for an annual church-leader conference. From there, he says the business started growing through word of mouth. Some 95% of his business now comes from churches.

"It's a very connected market," says **Mr. Elliston**, who also promotes his business by investing in Google Inc.'s AdWords for search terms such as "church website" and "church Web design."

Prior to building **Clover Sites, Mr. Elliston** says he didn't come across any website-development firms trying to appeal specifically to churches. "We realized there was a huge gap," he says.

The number of U.S. churches has been growing steadily, while at the same time becoming increasingly tech savvy. There are roughly 350,000 churches in the U.S. today, up 12% from a decade ago, according to Infogroup Inc., an Omaha, Neb., database company. These include some 7,900 mega churches—those whose congregations number at least 2,000 attendees on Sundays.

Small firms that provide an array of services—from audio/visual expertise to website development—are finding that houses of worship can be a lucrative market.

Among them is Clark Inc., which designs and installs audio, video and lighting in Alpharetta, Ga. Regardless of their denomination, churches often refer the company to other churches, says co-founder Houston Clark. "It's networking above and beyond what we would typically experience in the secular market," he says.

Brad Weston, owner of Renewed Vision LLC, also in Alpharetta, agrees. "It's somewhat uncommon for churches to think of another church down the street as a competitor," says Mr. Weston, who has sold his company's audio and visual-presentation software to more than 9,000 houses of worship. "It was straight through word of mouth that I got more and more customers."

Churches are increasingly embracing technology. Many now have websites and social-media profiles, and some rely on audio and video tools to aid congregants seated far from the pulpit.
In Charge

A Holy Alliance? Selling to Houses of Worship

Germantown United Methodist Church in Germantown, Tenn., uses the services of several small technology providers, says Donna Thurmond, communications director. These include a Web-hosting, information-technology, videography and software company. The church, founded in 1840, has YouTube, Facebook and Twitter profiles. "We prefer to work with a small business if we can," says Ms. Thurmond, adding that the church has about 1,000 regular attendees on Sundays. "It's a trust issue and the feeling that we're talking to the person who's going to be doing the work and not someone who's three levels away."



Barbara Kahn, a marketing professor at the University of Pennsylvania's Wharton School of Business, says promoting products or services to a specific demographic is a wise strategy for small businesses. "They don't have the resources to go broad," she says. "It's easier to focus than to try and get everybody."

By narrowing their efforts this way, small businesses are likely to "develop an expertise," a rationale that applies to all types of clients, including churches, adds Ms. Kahn. "You can imagine if I do it one time for a church, and there are things I learn, I can apply that knowledge to the next church I work with," she says.

Targeting houses of worship can be especially effective because these offer the added potential of exposing a business's offerings to each of their members. Getting a pastor or church leader interested is key, says Mara Einstein, a professor of media studies at Queens College in New York.

"Who better to sell your product or service than the man or woman standing in front of [the congregation] on a weekly basis? It's someone they have a relationship with, and more importantly, it's someone they trust," she says.

To be sure, many churches haven't been immune to the effects of the recent recession, and even for those that are financially stable, entrepreneurs trying to get a foot in the door may find it difficult if they lack religious affiliations.

And as much as referrals can help businesses, bad work can put their reputations at risk among the congregation.

"Anything that provokes an emotional reaction because it's done wrong can result in bad word of mouth, particularly when you have groups that value each other's opinion," says Ms. Kahn. "People tend to talk more about dissatisfaction than they do satisfaction.

79





MarketWatch (UMV: 5,095,804)
"Small Tech Gets Religion"
By Sarah H. Needleman
3/1/2011

When **Jim Elliston**, a former nondenominational pastor, decided to start a technology company in 2007, he turned to a customer he knew best—the church—to win initial business.

**Mr. Elliston** says his firm, **Clover Sites Inc**., of Newbury Park, Calif., has since sold its website templates and Web-hosting services to more than 4,500 churches in the U.S. He also counts those institutions' members among his company's clientele, crediting referrals for providing a steady stream of leads.

He started out promoting his business by placing an ad in a booklet for an annual church-leader conference. From there, he says the business started growing through word of mouth. Some 95% of his business now comes from churches.

"It's a very connected market," says **Mr. Elliston**, who also promotes his business by investing in Google Inc.'s AdWords for search terms such as "church website" and "church Web design."

Prior to building **Clover Sites, Mr. Elliston** says he didn't come across any website-development firms trying to appeal specifically to churches. "We realized there was a huge gap," he says.

The number of U.S. churches has been growing steadily, while at the same time becoming increasingly tech savvy. There are roughly 350,000 churches in the U.S. today, up 12% from a decade ago, according to Infogroup Inc., an Omaha, Neb., database company. These include some 7,900 mega churches—those whose congregations number at least 2,000 attendees on Sundays.

Small firms that provide an array of services—from audio/visual expertise to website development—are finding that houses of worship can be a lucrative market.

Among them is Clark Inc., which designs and installs audio, video and lighting in Alpharetta, Ga. Regardless of their denomination, churches often refer the company to other churches, says co-founder Houston Clark. "It's networking above and beyond what we would typically experience in the secular market," he says.

Brad Weston, owner of Renewed Vision LLC, also in Alpharetta, agrees. "It's somewhat uncommon for churches to think of another church down the street as a competitor," says Mr. Weston, who has sold his company's audio and visual-presentation software to more than 9,000 houses of worship. "It was straight through word of mouth that I got more and more customers."

Churches are increasingly embracing technology. Many now have websites and social-media profiles, and some rely on audio and video tools to aid congregants seated far from the pulpit.

80



In Charge

A Holy Alliance? Selling to Houses of Worship

Germantown United Methodist Church in Germantown, Tenn., uses the services of several small technology providers, says Donna Thurmond, communications director. These include a Web-hosting, information-technology, videography and software company. The church, founded in 1840, has YouTube, Facebook and Twitter profiles. "We prefer to work with a small business if we can," says Ms. Thurmond, adding that the church has about 1,000 regular attendees on Sundays. "It's a trust issue and the feeling that we're talking to the person who's going to be doing the work and not someone who's three levels away."

Barbara Kahn, a marketing professor at the University of Pennsylvania's Wharton School of Business, says promoting products or services to a specific demographic is a wise strategy for small businesses. "They don't have the resources to go broad," she says. "It's easier to focus than to try and get everybody."

By narrowing their efforts this way, small businesses are likely to "develop an expertise," a rationale that applies to all types of clients, including churches, adds Ms. Kahn. "You can imagine if I do it one time for a church, and there are things I learn, I can apply that knowledge to the next church I work with," she says.

Targeting houses of worship can be especially effective because these offer the added potential of exposing a business's offerings to each of their members. Getting a pastor or church leader interested is key, says Mara Einstein, a professor of media studies at Queens College in New York.

"Who better to sell your product or service than the man or woman standing in front of [the congregation] on a weekly basis? It's someone they have a relationship with, and more importantly, it's someone they trust," she says.

To be sure, many churches haven't been immune to the effects of the recent recession, and even for those that are financially stable, entrepreneurs trying to get a foot in the door may find it difficult if they lack religious affiliations.

And as much as referrals can help businesses, bad work can put their reputations at risk among the congregation.

"Anything that provokes an emotional reaction because it's done wrong can result in bad word of mouth, particularly when you have groups that value each other's opinion," says Ms. Kahn. "People tend to talk more about dissatisfaction than they do satisfaction.

# EXHIBIT 3



**Clover is currently working with select publishers and merchants in the New York area.**

Clover customers, please log in.
If you have any questions or issues, please contact us at support@clover.com.

About   Jobs   Privacy   Refunds

Clover   Clover for Merchants   Clover for Publishers

# EXHIBIT 4

clover For Publishers

Log In

# Start your own local New York deal email list.

It's simple to create and anyone can join it. Send out a deal a week to your list subscribers. Contact us for custom solutions like using your own domain.

## Create Email List

List Name:*                                      e.g. Joe's Pizza List, SoHo Deals

List URL:*     https://clover.com/a/              No spaces or special characters (except for - and _)

Description:                                      Describe what your list is about to potential members.

**No Deals Added**                                                    Activate List
Browse deals below, add them to your list, and add notes to the deals. When you're done, click **Activate List**.

## Add Deals

### Categories

| | | |
|---|---|---|
| Active Life (84) | Food (52) | Nightlife (76) |
| Arts & Entertainment (21) | Health and Medical (28) | Pets (2) |
| Automotive (2) | Home Services (10) | Professional Services (6) |
| Beauty and Spas (147) | Hotels & Travel (21) | Restaurants (199) |
| Education (16) | Local Flavor (1) | Shopping (81) |
| Event Planning & Services (13) | Local Services (8) | |


**Add to List**
**$9 for $30 on the A La Carte Menu at Cara Bella**
Astoria


**Add to List**
**67% off Moroccan Fare at Zerza**
East Village


**Add to List**
**$15 for $40 of Clothing & Accessories at Any Old Iron**
Lower East Side


**Add to List**
**$5 for $20 at Milux Cafe**
SoHo


**Add to List**
**$6 for $25 of Drinks at Nurse Bettie**
Lower East Side


**Add to List**
**80% off Japanese Cuisine at Fujiyama**
Upper East Side, Yorkville


**Add to List**
**$9 for $30 of Food and Drink at Honey Lounge**
Chelsea


CENTRAL PARK TOUR
**Add to List**
**$5 for a 2-Hour Weekday Bike Rental at Central Park ($20 Value)**
Hell's Kitchen, Midtown West


**Add to List**
**$9 for $30 at Eamonn's Irish Bar & Restaurant**
TriBeCa

Activate List

About    Jobs

Clover    Clover for Merchants    Clover for Publishers

# EXHIBIT 5

# Start your own local New York deal email list.

It's simple to create and anyone can join it. Send out a deal a week to your list subscribers. Contact us for custom solutions like using your own domain.

**Create Email List**

List Name:*

List URL:*

Description



# EXHIBIT 6

## $15 for $40 of Clothing & Accessories at Any Old Iron

| Deal Price: | Original Price: | Merchant: |
|---|---|---|
| $15 | $40 | **Any Old Iron** |

From across the pond to lower Manhattan, new music has inspired fashion. Any Old Iron specializes in selling rare men and women's clothing that will help define you as an individual.



## Redemption Rules

**1 Redemption Location:**

149 Orchard St
New York, NY 10002
Website · Yelp

Can redeem next day. **Redemption ends 6 months from sale date.** 1 per person.

Non-transferable. Not valid for cash back (as permitted by state law). Not valid with other coupons. Not valid on sale items. Must use in one visit.

OK

# EXHIBIT 7

clover *For Publishers*

Log In

# Clover Deals

Clover brings relevant deals in the New York area to publisher sites, ad units, and mobile apps.

## Toast

Add code to your site and we'll present toasts to your users when we find deals that are a good match for them. Embed once and you're done.



## Ad Unit

Clover supports HTML-based ads (which will typically be iframed) which are dynamic and will vary the content to make the ads as relevant as possible.

If Clover does not have any offers for the user (based location of the user, inventory of deals, etc.), Clover serves our own backup ad that is a placeholder. If you want to use your own backup ad instead, we support specifying a URL that we redirect to rather than showing our own backup ad.

Clover currently supports the IAB-standard MREC (300x250) ad.



## Mobile

We've been experimenting with integrating Clover deals into your iOS apps. It currently shows a full-screen interstitial of targeted offers, allows the user to email themselves one or more of the offers, and then returns the user back to the app. Any sales from those offers will be credited to the publisher.

- Allows the use of HTML5 Geolocation to further improve the deal targeting
- Skips the interstitial if there are no relevant deals
- The API is closely modeled after Apple's iAd framework
- Packaged as a single fat static library for ease of development
- Test mode currently serves deals generally near Manhattan



## Get Started

Sign up with your email address and we'll send you an invite.

[                                        ]  **Sign Up**

---

Clover    Clover for Merchants    Clover for Publishers

# EXHIBIT 8

**From:** Douglas Andersen <dandersen@tcotw.org>
**Date:** June 28, 2008 1:33:57 PM PDT
**To:** <support@cloversites.com>
**Subject: Re: tcotwsc.org**

Thanks in advance for the help.

Bought the domains through godaddy. As I pointed my main domain to
72.167.48.230 it goes right to your main page "clover.com". Is there
something more I need to do that is not on the instructions or do you have
to register my address tcotwsc.org at your IP or something?

Thanks for checking and letting me know.

Doug Andersen
818.425.5700 c
661.291.6060 o

---------- Forwarded message ----------
From: **Matt Steinruck** <slidemaster@gmail.com>
Date: Tue, Aug 11, 2009 at 7:07 PM
Subject: just a couple of questions
To: curious@cloversites.com

hi!
loving clover, and really intrigued ... your site is perfect for where we are.

just a couple questions as i consider getting started:

- the template we're looking at is "Sanctuary" ... observed that when i tried to highlight the text, it doesnt initially appear to highlight. (when i highlight text, then click on the picture, then back to the text, you can see that it IS highlighted, but it doesnt seem to work correctly.)
- wondering if it'd ever be possible to change text size within a page
- wondering about some "special effects" that might (or might not) be possible. for example, your FAQ's on Clover.com have that collapsible thing - possible to add that? or, separate tables/boxes on a page, like how your "testimonais" page is laid out?
- (i know there are pre-built bits of code for things like that, but guessing that accessing the html code behind a Clover page is not possible to paste stuff like that in.)
- Similar/follow-up .. you have several third-party recommendations listed in the Help files.... are any of these able to be combined with a Clover page? ie, inserting a blog onto a page, or a e-commerce form, etc?
- one source on your site mentions Clover constantly being updated on the back end with additional features, etc. Any listing of potential new features, release dates, etc?

most of these arent make-or-break, but would love to find out just a little more before diving.
thanks so much!
matt

---------- Forwarded message ----------
From: **Jeff Russell** <jrussell@kardia.org>
Date: Tue, Sep 8, 2009 at 5:02 PM
Subject: Resending
To: curious@cloversites.com

I think I might have sent this to the wrong address earlier (clover.com), so I'm resending it....

Can you think of any reason why I can't get our webpage Greenhouse to start? I'm using Firefox on MacOS 10.5 (I've also tried it on Safari) and trying to access this site:
http://fern.nowsprouting.com/thekardiafoundation/admin.php

I have successfully set up a password and logged in. The site is just sitting there with a blank screen, except for the green Greenhouse stripe along the top and the green control boxes, and it says "Transferring data from....." That's it....it's just sitting there without doing anything else--5 minutes so far. It seems unusual that it could be so massive that it takes that long to load. Clicking on the dashboard controls does nothing.

Our domain is currently hosted by Earthlink, but I thought I needed to design it on Greenhouse before pulling it off Earthlink. Any advice would  be appreciated! Do you have an instruction sheet for this part of the process?

Best wishes,

Jeff

---------- Forwarded message ----------
From: **Doug Ranck** <dranck@fmcsb.org>
Date: Sun, Oct 18, 2009 at 8:34 PM
Subject: Questions from a prospective client
To: curious@cloversites.com
Cc: Suzy Van Bergen <svanbergen@fmcsb.org>, "Tom Thomas (Personal)" <tmthomas@cox.net>, dwayman@fmcsb.org

Greetings!

We are considering Clover for our website makeover. Below are a few key questions we have regarding this transition. We will look forward to your response.

· Once hosted by Clover, if the church should ever want to switch web hosting providers down the road, would they be able to take their web site with them?
· The church currently has web hosting, e-mail and database services and a sermon repository (including iTunes podcast m4a data) with another provider. Their domain name is registered through their current ISP as well. If the church hosts their web site on Clover, can they continue to maintain their DNS with the current provider and simply point the A Record associated with their Doman Name to their Clover-based web site (leaving current e-mail services, database services, FTP, etc. intact with their current ISP)? The current ISP says "Yes"; are there any caveats to this on the Clover end?
· The church currently has a sermon archive of almost 4 years of sermons. Half are mp3 and half are m4a (for iTunes podcasting). Could they migrate their existing sermon archive to their Clover web site if they want? If so, what would be the most expeditious way to accomplish this?
  ○ The information page at Clover.com seems to indicate plenty of space would be available. The amount of space currently used by the 4 years' of sermons is ~9GB. The average increase in sermon file storage has been ~2.3GB per year.
Thank you!

**Doug Ranck**

*Associate Pastor of Youth & Worship*

*Free Methodist Church of Santa Barbara*

*office:* 805.965.1338 x224

*cell/text:* 805.252.3216

*fax:* 805.965.7538

*email:* dranck@fmcsb.org

*website:* www.fmcsb.org/youth.html

---------- Forwarded message ----------
From: **David Pecharka** <dpecharka@msn.com>
Date: Wed, Dec 16, 2009 at 5:48 PM
Subject: RE: editing sites [CLOVER: 44711]-
To: lukemarzano@cloversites.com, curious@cloversites.com

clover

I sent out the message below a few weeks ago, and was assured that the proportions of a common logo box were fixed at a small width.  Most of your designs did not feature a common logo box as an option unless I substituted the logo for an image, or imbedded it in the image, etc.  I chose EPAGA since it seemed to offer the best compromise solution.  I then reproportioned and reconfigured our logotype to fit the limitations of this template.  You can see the result at http://holly.nowsprouting.com/unionpresbyterianchurch/

Today I received a notice that two new website designs have been introduced, each with a banner across the top that remains common to each page, exactly what I had been asking for.  I am disappointed that with these designs in the works and almost ready for release, clover did not advise me to wait and purchase one of these, before I purchased the site for which I needed to compromise our logotype.

Since I had requested this capability before this purchase, and have not yet launched our site, couldn't we swap the EPAGA for the Lakeview template (without added purchase price)?  It's not like I am having buyer's remorse, but if we stay as is, we now need to adjust our sunday bulletin, our newsletter and our letterhead to the logo configuration changed for EPAGA.

Also, when are the new functions described at clover.com to be rolled out?

thanks
David Pecharka

# UNION PRESBYTERIAN (
## of Robinson Township

---------- Forwarded message ----------
From: **Cheryl Armstrong** <cherylarmstrong@ckbf.org>
Date: Fri, Jun 11, 2010 at 10:29 AM
Subject: Ministry Webssites
To: curious@cloversites.com

*Dear Clover.com representative,,*

*We are looking to re-develop our church website and thus looking for a solution that would allow us to partner with a company in the development and maintenance of said site at a reasonable cost.  As we take the next few days to test drive/ demo your site, I would love to explore with you cost factors, turnaround time, etc.  We are looking to have a "clean" look with common ministry-related tools including but not limited to-- online donations, event calendar, forms, ministry pages/ tools, photos, video, sermons, etc.  Any information you can provide by email, followed by a phone conference would be appreciated.  Looking forward to hearing from you soon.*

*Striving for Excellence*

*Col 3:17*

*Cheryl Armstrong*

*Director of Administration*

*Christ the King Bible Fellowship*

*253-815-6771 (direct)*

*253-653-5030 (mbl)*

*253-835-9209 (Office - by appointment only)*

*253-838-6795 (Office Fax)*

*cherylarmstrong@ckbf.org*

---------- Forwarded message ----------
From: **Timothy Booth** <tbooth@tenlist.com>
Date: Tue, Jun 15, 2010 at 10:37 PM
Subject: are the clover sites down?
To: support@cloversites.com


We cannot access our site nor the main clover.com site.
Tim



Timothy L. Booth
founder, ceo
TenList.com
811 E. Plano Parkway
Suite 107

Plano, Texas, USA 75074
Phone: (877) 410-LIST (5478) ext. 302
Cell:   972.896.8200
Fax:   972.692.7354

---------- Forwarded message ----------
From: **Sarah Bocik** <sarahbocik@yahoo.com>
Date: Sun, Oct 10, 2010 at 2:44 PM
Subject: Questions
To: curious@cloversites.com

Hey!  I saw your promo at Catalyst and checked you out...pretty sharp!!!

If I purchase a website, will your logo appear anywhere on it?

Also, would I be able to have my own domain completely or would it be a clover.com/_____ (fill in the blank with your ministry) sort of thing.

Thanks for your help!

---------- Forwarded message ----------
From: **Robert Click** <robert@efnaz.org>
Date: Mon, Nov 22, 2010 at 4:24 PM
Subject: Referral
To: curious@cloversites.com


I was just curious if you received my referral from a friend who purchased a Clover business site for his father's business?
My clover friends URL is clover.com/f/robertclick1

Thanks,
Click

---------- Forwarded message ----------
From: **Zai Xiang** <zaixcheng@gmail.com>
Date: Fri, Mar 18, 2011 at 10:09 PM
Subject: Questions about Clover
To: curious@cloversites.com

Hi,

Thank you for creating such a simple yet powerful CMS!

I'm currently the website administrator for my church's website, I have a couple of questions regarding Clover:

1) How does Clover do search on its websites? As in if I am a visitor and I would like to search for certain items on the website, am I able to do that? (so within-website search)

2) What would you suggest if I wanted to create a index of resources that are listed by author/topic/scripture etc.? Is the only way to do that through the media player? or am I able to create something like http://www.cloversites.com/church/website-help-and-questions/  ?

3) Am I able to create standalone pages outside of Clover/greenhouse? Meaning I would be able to create pages like what you have on clover.com (for example: http://www.cloversites.com/church/help/setting-up-your-email/) that does not use the website template?

Thanks!

Zai Xiang

http://www.thecrossing.com.sg/

---------- Forwarded message ----------
From: **John Lee** <leejohn0707@yahoo.com>
Date: Tue, Nov 16, 2010 at 4:01 AM
Subject: question
To: curious@cloversites.com, **curious@clover.com**, curious@cloversite.com


My church's website is hosted by Clover. I've been thinking about a page dedicated to prayer. I can envision the page having the capability of input from the user, who may want to leave a prayer request for the church staff. I think the pages that Clover offers are content oriented, but don't have much feedback capability. Is that true? How much more would the church need to pay on the monthly basis for feedback capability? i.e.- someone enters a prayer request, and that prayer request is sent out to the pastor, the pastoral staff, or the parishioners small group. I look forward to your response. Hope this make sense, john


John K. Lee
12190 Packers Ave.
Fishers, IN 46037
leejohn0707@yahoo.com
317-750-2025

---------- Forwarded message ----------
From: **Linda Ackerman** <linda@northridgesabetha.com>
Date: Tue, Sep 15, 2009 at 1:29 PM
Subject: Error on demo page
To: curious@cloversites.com

To Whom it May Concern:

I was viewing you website and when I click on the demo button it gives me an error ever time.
The error reads:

Page not found - connection failure

 **Oops! This link appears to be broken.**

**Suggestions:**

- Go to *clover.com*
- Search on Google:demo clover sites rytu pyrysy

Google Toolbar Help - Why am I seeing this page?

©2009 Google - Google Home

I thought you might want to know about the error page.

Also, I have some questions with signing up and the website functionality itself.  I called you phone number and left a message but I thought I would email as well since I got the error.

Please call me at:
785-285-1713 cell phone
or email me at:
sficowgirl1@yahoo.com  Email address

Thanks,

Linda Strahm
Northridge Church
Sabetha, KS

---------- Forwarded message ----------
From: **Jeff Day** <jday@gtbe.org>
Date: Thu, Apr 8, 2010 at 3:43 PM
Subject: RE: We're beginning to think about changing websites [CLOVER: 71788]-
To: maryhawblitzel@cloversites.com

Dear Mary

Thanks for your feedback.  We'll continue to research clover.com, but the absence of a store feature will probably be a deal breaker.  Let me know when the store feature becomes available.

Thanks again,   JDay

---------- Forwarded message ----------
From: **Jeremy West** <jeremywestvideo@gmail.com>
Date: Wed, May 18, 2011 at 12:08 PM
Subject: Re: CLOVER - Catalyst Dallas Conference Coupon Code [CLOVER: 188318]-
To: samanthablazey@cloversites.com

Are we able to have our own URL or will it have "clover" in it?  Example jeremywest.com or will it be something like, jeremywest.clover.com?
And if it doesnt have clover in it - is there a cost?

---------- Forwarded message ----------
From: **David Lafayette Frugé** <dlfruge@gmail.com>
Date: Mon, Nov 16, 2009 at 11:11 AM
Subject: Where? Re: buy website addresses [CLOVER: 38863]-
To: sarahklein@cloversites.com


2 questions:

1st: Can I buy a website with google or yahoo? Last time I bought one with google (3 years ago) the web address seemed a little weird. People would type in for example FortWorthChurch.com but the website would appear in the browser as FortWorthChurch.google.com

What is a good place to buy a website so it can be sent straight to clover?

2nd: Does this mean that my site with clover will appear in the web browser as SouthFortWorthChurch.clover.com?

Thanks,
DL

# EXHIBIT 9



# About Clover

## Team

Clover has an exceptional team hailing from a variety of strong Silicon Valley companies:

### Engineering


**John Beatty**, Founder, VP of Engineering

John was an EIR at Sutter Hill Ventures and a founding engineer at Bix (acquired by Yahoo!). He also built distributed systems at BEA and Sun. He has a B.S. in Computer Science from Brigham Young University.



**Kelvin Zheng**, Founder, Apps

Kelvin was a founding engineer at Bix (acquired by Yahoo!) and built systems at Quovadx, diCarta, and AT&T China. He graduated from Peking University (B.S. Computer Science) and the Chinese Academy of Sciences (M.S. Computer Science).




**Nagesh Susarla**, Systems

Nagesh was previously lead engineer of YQL at Yahoo! and also worked on WebLogic Server internals at BEA. He has a B.Tech. from Dr. Babasaheb Ambedkar Technological University.



**Annie Lausier**, Design and Front-end

Annie previously worked at Yahoo as an interaction designer. She holds a B.S. in Computer Science from Wake Forest (Go Deacs!) and an M.S. in Digital Media from Georgia Tech.



### Business


**Bryan Lamkin**, CEO

Prior to Clover, Bryan joined Yahoo! in April of 2009 and was responsible for Product Development and Marketing for Yahoo's Consumer Product Division, including Mail, Messenger, Front Page, Flickr, News, Sports, Finance, Listings and Mobile products. Prior to joining Yahoo! Bryan served as Senior Vice President and General Manager of Creative Solutions where he led Adobe's flagship software applications, including Photoshop, the Creative Suite, Dreamweaver, Flash and Illustrator.




**Leonard Speiser**, Founder, VP of Product

Prior to Clover, Leonard co-founded Bix, a website that enables anyone to create, enter or join a contest. Yahoo acquired the company in February of 2007 and Leonard took on the additional responsibility of running the Yahoo Groups business. Prior to Bix, Leonard was the Group Product Manager for Buying at eBay. Prior to eBay, Leonard worked at Intuit launching new businesses in the consumer space. Leonard also founded two other companies including one of the first Instant Messaging systems in 1996.




**Mark Schulze**, VP of Business Development

Prior to Clover, Mark built the publisher business for Quantcast, now serving over 11 billion impressions a day across over 5000 publishers. Before Quantcast Mark also ran Match.com for IAC. Mark ran several