| | |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP** |
| 2 | ATTORNEYS AT LAW<br>225 BROADWAY, SUITE 1900<br>SAN DIEGO, CALIFORNIA 92101-5028<br>TELEPHONE: 619-525-2553<br>FACSIMILE 619-231-1234 |
| 3 | |
| 4 | Whit Bivens (State Bar No. 190727)<br> w.bivens@mpglaw.com |
| 5 | Catherine M. Lee (State Bar No. 197197)<br> c.lee@mpglaw.com |
| 6 | Attorneys for PLAINTIFF CLOVER SITES, INC., a California corporation |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOVER SITES, INC., a California corporation, | CASE No. CV 11-03600 JSW |
| Plaintiff, | Judge: Honorable Jeffrey S. White |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR DEFENDANT'S TO RESPOND TO AMENDED COMPLAINT; AND (2) BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| CLOVER NETWORK, INC., a Delaware corporation, | |
| Defendant. | |

Plaintiff Clover Sites, Inc. and Defendant Clover Network, Inc., through their respective counsel, hereby stipulate to:

1.	extend the time for Defendant to respond to Plaintiff's amended complaint from October 11, 2011 to October 20, 2011; and

2.	extend the time for Defendant to file its opposition to Plaintiff's motion for preliminary injunction from September 29, 2011 to October 20, 2011.

The parties respectfully submit that there is good cause for this brief extension of the schedule for responding to the amended complaint and preliminary injunction motion. The parties have exchanged settlement communications and agreed to engage in further settlement discussions. The parties seek this additional time to continue to explore whether an early

settlement may be achieved, which would serve the interests of judicial economy and the parties. The parties wish to devote the next two weeks to pursuing settlement in good faith, but will be significantly impeded in their ability to do so under the current schedule, which would require them to devote their efforts during this time to preparing extensive filings relating to the preliminary injunction motion. Since the hearing on the preliminary injunction motion is not set until December 9, 2011, the parties' proposed schedule would still provide the Court with over a month to review motion papers in advance of the hearing.

Based on the foregoing, the parties respectfully submit that good cause exists for the extension proposed above.

DATED: September 23, 2011          MUSICK, PEELER & GARRETT LLP


                                   By: /s/ Whit Bivens
                                   Whit Bivens
                                   Attorneys for PLAINTIFF CLOVER SITES,
                                   INC., a California corporation


DATED: September 23, 2011          FENWICK & WEST LLP

                                   By: /s/ Jedediah Wakefield
                                   Jedediah Wakefield
                                   Erin Simon
                                   Jennifer Johnson
                                   Attorneys for DEFENDANT CLOVER
                                   NETWORK, INC.

**MUSICK, PEELER & GARRETT LLP**
**ATTORNEYS AT LAW**

756580.1

2

STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR DEFENDANT'S TO RESPOND TO AMENDED COMPLAINT; AND (2) BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**[PROPOSED] ORDER**

The Court has received and considered the above stipulation of the parties. The Court finds that good cause exists to grant the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that:

The time for Defendant to respond to Plaintiff's amended complaint and motion for preliminary injunction shall be extended to October 20, 2011;

**IT IS SO ORDERED.**

Dated: September 26, 2011

_____
JUDGE OF THE U.S. DISTRICT COURT

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

756580.1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING (1) TIME FOR DEFENDANT'S TO RESPOND TO AMENDED COMPLAINT; AND (2) BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION