**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 1900
SAN DIEGO, CALIFORNIA 92101-5028
TELEPHONE 619-525-2553
FACSIMILE 619-231-1234

Whit Bivens (State Bar No. 190727)
 w.bivens@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
 c.lee@mpglaw.com

Attorneys for PLAINTIFF CLOVER SITES, INC., a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOVER SITES, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CLOVER NETWORK, INC., a Delaware corporation,<br><br>            Defendant. | CASE No. CV 11-03600 JSW<br><br>Judge:  Honorable Jeffrey S. White<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a),

Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: October 12, 2011          MUSICK, PEELER & GARRETT LLP

                                                    By: /s/ W. Bivens
                                                           Whit Bivens
                                                    Attorneys for PLAINTIFF CLOVER SITES,
                                                    INC., a California corporation